# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 22-1499

LINDA MIGLIORI, et al.,

*Plaintiffs-Appellants*,

v.

LEHIGH COUNTY BOARD OF ELECTIONS, et al.,

*Defendants-Appellees*.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
No. 5:22-cv-00397
Honorable Joseph F. Leeson, Jr.

## MOTION OF THE COMMONWEALTH OF PENNSYLVANIA TO PARTICIPATE IN ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the Commonwealth of Pennsylvania respectfully seeks permission to participate in oral argument as amicus curiae. In support of this motion, the Commonwealth states as follows:

1. On April 1, 2022, the Commonwealth filed its brief as amicus curiae.

2. On April 20, 2022, this Court set oral argument for May 18, 2022.

3. This appeal concerns whether disenfranchising Pennsylvania voters for failing to include a date on the envelope used to return a mailed ballot violates those voters' rights under 52 U.S.C. 10101(a)(2)(B).

4. Establishing what function the date serves under Pennsylvania law is essential to resolving the federal question. The Commonwealth is uniquely suited to address the insignificance of including a date on a ballot's return envelope, and has a compelling interest in presenting this Court with an accurate account of Pennsylvania's relevant law.

5. Counsel for plaintiffs-appellants have already moved to share their argument time with the Commonwealth. No party contested that request.

WHEREFORE, the Commonwealth respectfully requests that this Court grant it leave to participate in oral argument as amicus curiae.

| | |
|---|---|
| April 26, 2022 | Respectfully submitted, |
| | MICHAEL J. FISCHER<br>Chief Counsel and Executive<br>Deputy Attorney General |
| | /s/ *Jacob B. Boyer*<br>JACOB B. BOYER<br>Deputy Attorney General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(267) 768-3968<br>jboyer@attorneygeneral.gov |

# CERTIFICATES

I, Jacob B. Boyer, hereby certify that:

1. A virus detection program was run on the file and no virus was detected; and

2. This motion contains 204 words and therefore complies with Federal Rules of Appellate Procedure 27(d)(2)(A). In making this certificate, I have relied on the word count of the word-processing system used to prepare the brief.

/s/ *Jacob B. Boyer*

**CERTIFICATE OF SERVICE**

      I, Jacob B. Boyer, hereby certify that a copy of this motion has been served on all counsel of record using the Court's CM/ECF system.

/s/ *Jacob B. Boyer*