# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| LINDA MIGLIORI, ET AL., <br>     Appellants, <br><br> v. <br><br> LEHIGH COUNTY BOARD OF ELECTIONS, ET AL., <br>     Appellees. | : No. 22-1499 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ANSWER TO APPELLANTS' MOTION FOR ATTORNEYS' FEES

On November 10, 2022, Plaintiffs filed a motion entitled Appellants' Motion for Attorneys' Fees (doc. 97-1). By email dated November 14, 2022, counsel for Appellants confirmed to the undersigned that Appellants are not seeking fees from David Ritter. Accordingly, Mr. Ritter submits this Answer solely to make clear for the record that Appellants seek no remedy against him.

                                                    Respectfully submitted,

Dated: November 16, 2022       /s/ Joshua J. Voss
                                                  Joshua J. Voss (No. 306853)
                                                  Shohin H. Vance (No. 323551)
                                                  Samantha G. Zimmer (No. 325650)
                                                  KLEINBARD LLC
                                                  1717 Arch Street, 5th Floor
                                                  Philadelphia, PA 19103
                                                  Ph: (215) 568-2000
                                                  Eml: jvoss@kleinbard.com
                                                  svance@kleinbard.com
*Attorneys for David Ritter*       szimmer@kleinbard.com

## **CERTIFICATE OF SERVICE**

I hereby certify I served all parties by filing the foregoing Answer on the Court's CM/ECF filing system.

Dated: November 16, 2022　　　/s/ Joshua J. Voss
　　　　　　　　　　　　　　　Joshua J. Voss (No. 306853)
　　　　　　　　　　　　　　　KLEINBARD LLC
　　　　　　　　　　　　　　　Three Logan Square
　　　　　　　　　　　　　　　1717 Arch Street, 5th Floor
　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　Ph: (215) 568-2000
　　　　　　　　　　　　　　　Fax: (215) 568-0140
　　　　　　　　　　　　　　　Eml: jvoss@kleinbard.com
　　　　　　　　　　　　　　　*Attorney for David Ritter*