UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>22-1499</u>

MS. LINDA MIGLIORI; FRANCIS J. FOX; RICHARD E. RICHARDS;
KENNETH RINGER; SERGIO RIVAS,
Appellants

v.

ZACHARY COHEN,
Intervenor - Plaintiff

v.

LEHIGH COUNTY BOARD OF ELECTIONS

v.

DAVID RITTER,
Intervenor – Defendant

(E.D. Pa. No. 5-22-cv-00397)

Present:  GREENAWAY, JR., MATEY, and MCKEE, <u>Circuit Judges</u>

1. Motion by Appellants Francis J. Fox, Linda Migliori, Richard E. Richards, Kenneth Ringer and Sergio Rivas for attorney fees.

2. Response by Appellee David Ritter to Motion for attorney fees.

                                                                            Respectfully,
                                                                            Clerk/JK

_____ORDER_____

The foregoing motion is referred to the District Court in the first instance for the requisite fact-finding to resolve the attorneys' fees issues arising before both this Court and the District Court.

                                                                   By the Court,
                                                                   <u>s/Joseph A. Greenaway, Jr.</u>
                                                                   Circuit Judge

Dated:  June 15, 2023
JK/cc:  All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk