UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-1499**

Migliori v. Lehigh County Bd. of Elections

To:    Clerk

1)    Response by Appellee Lehigh County Board of Elections to Motion for Attorney Fees

---

No action will be taken on the foregoing response. In accordance with the Court's order entered June 15, 2023, the response is referred to the District Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 14, 2023
JK/cc: All Counsel of Record