UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1499, 25-2650, & 25-2761

LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS,
KENNETH RINGER, SERGIO RIVAS

                                    Appellants in Nos. 22-1499 & 25-2761

ZACHARY COHEN (Intervenor in D.C.)

v.

LEHIGH COUNTY BOARD OF ELECTIONS

                                    Appellant in No. 25-2650

DAVID RITTER (Intervenor in D.C.)

(E.D. Pa. No. 5-22-cv-00397)

Present: MATEY and MCKEE, Circuit Judges

1.    District Court's Recommendation regarding Appellants' Counsel Fees for No. 22-1499

                                                  Respectfully,
                                                  Clerk

_____ORDER_____

       After the Supreme Court's decision in this case, the plaintiffs sought counsel fees. They filed a motion in the District Court seeking fees for the litigation before that court. And they filed a motion in this Court for fees associated with their appeal (No. 22-1499). On June 15, 2023, we referred the appellate motion to the District Court. See 3d Cir. L.A.R. 108.2. The District Court considered the fee applications together, awarded $185,330 for the District Court litigation, and recommended that this Court award $183,006.50 for the appellate litigation. The Lehigh County Board of Elections appealed the District Court's order (No. 25-2650). The plaintiffs cross-appealed (No. 25-2761).

       This Court will consider adopting the recommendation regarding appellate counsel fees in No. 22-1499.

       Any objections to the District Court's recommendation, and any response to the objections, must be included in the parties' briefs related to the new cross-appeals (Nos. 25-2650 and 25-2761). The parties' briefs addressing the cross-appeals (Nos. 25-2650

and 25-2761) and the District Court's recommended counsel fees for No. 22-1499 should be filed on all three dockets.

It appears David Ritter participated in appeal No. 22-1499 but did not appeal after the District Court's counsel-fee decision and recommendation. He previously indicated the plaintiffs are not seeking counsel fees from him. If he nevertheless wants to object to the District Court's recommended counsel-fee award for No. 22-1499, he must file a brief containing any objections. His brief must be filed by the same deadline applicable to the Lehigh County Board of Elections.

By the Court,
s/ Paul B. Matey
Circuit Judge

Dated: October 1, 2025
Amr/cc: All counsel of record