No. 22-1499
25-2650
25-2761

# In the United States Court of Appeals for the Third Circuit

LINDA MIGLIORI, et al.,

Plaintiffs-Appellees/Cross-Appellants,

v.

LEHIGH COUNTY BOARD OF ELECTIONS, et al.,

Defendants-Appellants/Cross-Appellees.

On Appeal from the Eastern District of Pennsylvania
(D.C. Civ. Action No. 5:22-CV-00397)
District Judges: The Honorable Joseph F. Lesson, Jr. and The Honorable Jeffrey L. Schmel

## SUPPLEMENTAL JOINT APPENDIX

Joshua S. Mazin
Lucas J. Repka
REPKA MAZIN, LLC
108 East Center Street
Nazareth, Pennsylvania 18064
Phone: 610.365.2670
Fax: 610.365.2672
josh@repkamazinlaw.com
lucas@repkamazinlaw.com

Counsel for Appellees, Lehigh County Board of Elections

November 13, 2025

# SUPPLEMENTAL APPENDIX
# TABLE OF CONTENTS

**March 24, 2025 Exhibits to Memo in Support of Motion for Attorney fees Dist. Ct. ECF No. 99-1……………………………………………………Appx. 134**

# EXHIBIT INDEX

**Exhibit 1**,
Donald Wieand Declaration

**Exhibit 2**,
Peter Winebrake Declaration

**Exhibit 3**,
Jan. – March 2022 List of Allentown Civil Rights Cases

**Exhibit 4**,
Jan. – March 2022 Plaintiffs' Attorney Appearance Information for Allentown Civil Rights Cases

**Exhibit 5**,
Jan. – March 2022 Summary Tables re: Plaintiffs' Attorney Appearance Information for Allentown Civil Rights Cases

**Exhibit 6**,
Jan. – March 2025 List of Allentown Civil Rights Cases

**Exhibit 7**,
Jan. – March 2025 Plaintiffs' Attorney Appearance Information for Allentown Civil Rights Cases

**Exhibit 8**,
Jan. – March 2025 Summary Tables re: Plaintiffs' Attorney Appearance Information for Allentown Civil Rights Cases

EXHIBIT
1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA MIGLIORI, FRANCIS J. FOX,    :
RICHARD E. RICHARDS, KENNETH    :
RINGER, and SERGIO RIVAS,    :
    :
        Plaintiffs,    :  Civ. No. 5:22-cv-00397
    :
    v.    :
    :
LEHIGH COUNTY BOARD OF    :
ELECTIONS,    :
    :
        Defendant.    :

## DECLARATION OF DONALD E. WIEAND, JR., IN SUPPORT OF
## PLAINTIFFS' PETITION FOR ATTORNEYS' FEES

I, Donald E. Wieand, Jr., being duly sworn according to law, hereby declare as follows:

1.    I make this declaration in support of Plaintiffs' Petition for Attorneys'
Fees in the above-captioned case.

2.    I have served as a licensed attorney in the Commonwealth of Pennsylvania
since October of 1976, and after serving as a law clerk to a Judge of the Court of Common Pleas
of Lehigh County for one year, I have practiced law since September of 1977.

3.    During my career as a licensed attorney, I have focused my private
practice on civil litigation, and for about 25 years beginning in about 1986, much of my practice
was focused on defending civil rights litigation against municipal and county governmental
entities and against public officials and law enforcement officers. Most of those civil rights
cases were in the United States District Court for the Eastern District of Pennsylvania.

4.    I have been informed that the County of Lehigh has opposed Plaintiffs'
Petition for Attorneys' Fees on the basis that the proper forum for setting the prevailing hourly

rate for legal services is Allentown rather than the nine county area encompassing the United States District Court for the Eastern District of Pennsylvania and that based upon the prevailing hourly rate for litigation attorneys, the hourly rates sought by Plaintiffs' attorneys are excessively high.

5.     As a litigator located in Lehigh and Northampton Counties, I am generally familiar with hourly rates charged by litigation attorneys in Allentown and Lehigh County.

6.     I take issue with Lehigh County's contentions for several reasons: first, based upon my experience, the hourly rates sought by Plaintiffs are not excessive by Allentown or Lehigh County standards; second, it is unlikely that any attorneys were available in the Allentown or Lehigh County communities with sufficient experience to handle the complexity of the issues arising in this case, particularly as they pertain to federal voting rights law; and third, it is unlikely that any reputable attorneys would have been willing to accept a case such as this where the proceedings would have been expedited, where the ability to collect the fees generated was largely contingent upon prevailing in the litigation, and where siding with one judicial candidate against another judicial candidate could result in professional risk to appearing before the prevailing candidate in the future.

7.     In my experience, an hourly rate of $750 per hour for a litigation attorney with more with more than 30 years of experience, while on the high end of the prevailing rate, is reasonable when judged by Allentown and Lehigh County standards.

8.     In my experience, a rate of $525 per hour for a litigation attorney with 18 or more years of experience is reasonable and within the prevailing rate when judged by Allentown and Lehigh County standards.

Appx. 137

9.      In my experience, a rate of $475 per hour for a litigation attorney with 17 or more years of experience is also reasonable when judged by Allentown/Lehigh County standards.

10.      In my opinion, a rate of $400 per hour is reasonable for an attorney with 12 or more years of experience and $375 is reasonable for an attorney with 11 or more years of experience  when judged by Allentown/Lehigh County standards.

11.      In my opinion, based upon my experience, a rate of $360 for an attorney with 10 or more years of experience is reasonable for an attorney with 10 or more years of experience when judged by Allentown/Lehigh County standards.

12.      Based upon my experience appearing in the United States District Court for the Eastern District of Pennsylvania, all of the hourly rates mentioned above were reasonable and within the prevailing hourly rates for attorneys practicing in the Eastern District of Pennsylvania.

13.      During the past 15 to 20 years, Allentown has seen the growth of mid-size law firms from only one or two such firms to five or six such firms, including satellite offices of law firms with headquarters elsewhere and excluding plaintiff personal injury firms, and the growth of such firms has spurred the increase in hourly rates charged by attorneys in the Allentown/Lehigh County area.

14.      I also believe that Plaintiffs in this matter would not have been able to find an attorney in Allentown or Lehigh County with the requisite expertise in federal voting rights laws to handle a case of the complexity and importance of this matter.  While there are several local attorneys who have handled cases under the Pennsylvania election code, such cases primarily involved challenges to signatures on candidate petitions or failures to file timely

financial statements rather than complex U.S. constitutional and statutory issues implicating voting rights.

15.     I likewise have serious doubts that any local Allentown or Lehigh County attorney would have been willing to accept a controversial case such as this involving two judicial candidates vying for a position on the Court of Common Pleas of Lehigh County. First, an attorney accepting such a case would have been confronted with the uncertainty of getting paid for the work performed; in essence, this was a contingent fee case with a modest upside if the attorney prevailed and a serious downside of receiving nothing at all if Plaintiffs did not prevail. Second, because of the nature of the litigation involving unique and unprecedented legal issues combined with expedited proceedings and appeal, the case would have required a large investment of time and resources in a short amount of time. Third, because the case involved two judicial candidates vying for a single seat on the local bench, any attorney who represented Plaintiffs in this matter risked alienating the opposing Republican candidate who, if successful in the litigation, might use his new position to seek retribution. On the other hand, if the Democratic candidate prevailed in the litigation, and Plaintiffs' attorney appeared before him as a judge, Plaintiffs' attorney likely would face motions to recuse by opposing counsel. Under all the circumstances, this was a no-win situation for Allentown and Lehigh County attorneys, and it is unlikely that any local attorneys would have been willing to undertake such a delicate assignment.

16.     The fact that the judicial candidates, both of whom intervened in this case, retained counsel from outside Lehigh County, both from Philadelphia Pennsylvania, suggests that the candidates could not find qualified experienced attorneys from Allentown or Lehigh County who were willing to represent them.

17.     Accordingly, in my opinion, Plaintiffs' requested hourly rates are reasonable and consistent with the prevailing hourly rates in Allentown and Lehigh County. Moreover, in my opinion, Plaintiffs' hourly rates, which are consistent with the Philadelphia Community Legal Services approved hourly rates, are reasonable when judged by the prevailing rates in the Eastern District of Pennsylvania at the time when this litigation took place.

18.     Even if the Court were to determine that the forum rate is based upon the prevailing rates in Allentown, it is unlikely that Plaintiffs would have been able to locate a qualified attorney to handle a case such as this, and it is also unlikely that Plaintiffs would have been able to find an attorney willing to undertake this dispute involving competing candidates for a position on the local bench.

I declare under penalty of perjury that the foregoing facts stated herein are true and correct.

Dated: March 20 , 2025

_____
Donald E. Wieand, Jr.

# EXHIBIT
# 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, | : : : : | 5:19-cv-03220-CFK |
| Plaintiffs, | : | |
| v. | : : | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | : : : | |
| Defendant. | : : | |

## **DECLARATION OF PETER WINEBRAKE**

I, Peter Winebrake, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following facts are true and correct:

1. I am the managing partner at Winebrake & Santillo, LLC ("W&S") in Dresher, PA (Montgomery County).

2. I submit this declaration to provide the Court with my views regarding the reasonable hourly rates applicable to plaintiffs-side lawyers handling employment rights lawsuits in the United States District Court for the Eastern District of Pennsylvania ("EDPA"), including in the EDPA's Allentown, Easton, and Reading Courthouses.

### **W&S Generally**

3. Since its founding in January 2007, W&S has exclusively represented plaintiffs in employment rights litigation. W&S is a pure contingency fee law firm and is "at risk" in every matter it handles. W&S never requires a client to pay an hourly fee or retainer. If a matter does not result in a money recovery, W&S recovers nothing.

4. W&S lawyers have served as lead counsel in several appeals that have resulted in

precedential opinions in the employment rights arena.[1]  In other appeals resulting in precedential

opinions, W&S has served as co-counsel,[2] or has authored *amicus curiae* briefs.[3]

5.     In March 2024, the Pennsylvania Legal Aid Network presented W&S with its

"Outstanding Pro Bono Advocacy Award" in recognition of its work ensuring access to justice for

Pennsylvania's underserved communities.  In October 2016, W&S received the "Guardian Award"

from Justice at Work (formerly known as "Friends of Farmworkers") in recognition of its work on

behalf of low-wage workers in individual wage actions.

**My Individual Experience**

6.     I graduated in 1988 from Lehigh University (*magna cum laude*) and in 1991 from

Temple University School of Law (*cum laude*), where I served as a Managing Editor of the *Temple*

*Law Review*.  I have been a member of the New York bar since 1993 and the Pennsylvania bar

since 1997.  Prior to founding W&S in January 2007, I held the following positions: (i) Law Clerk

to Justice William R. Johnson of the New Hampshire Supreme Court (9/91-8/92); (ii) Assistant

Corporation Counsel at the New York City Law Department's General Litigation Unit (9/92-2/97);

(iii) Associate at the Philadelphia law firm of Ballard Spahr Andrews & Ingersoll, LLP (2/97-

12/98); (iv) Deputy City Solicitor and, later, Chief Deputy City Solicitor at the Philadelphia Law

Department (12/98-2/02); and (v) Non-Equity Partner at the Philadelphia law firm of Trujillo

Rodriguez & Richards, LLC (3/02-1/07).

---

[1]    *See Heimbach v. Amazon.com, Inc.*, 255 A.3d 191 (Pa. 2021); *Camara v. Mastro's Restaurants, LLC*, 952 F.3d 372 (D.C. Cir. 2020); *Mazzarella v. Fast Rig Support, LLC*, 823 F.3d 786 (3d Cir. 2016); *Resch v. Krapf's Coaches, Inc.*, 785 F.3d 869 (3d Cir. 2015); *McMaster v. Eastern Armored Services*, 780 F.3d 167 (3d Cir. 2015); *Knepper v. Rite Aid Corp., 675 F.3d 249 (3d Cir. 2012)*.
[2]    *See, e.g., Bedoya v. American Eagle Express Inc.*, 914 F.3d 812 (3d Cir. 2019); *Parker v. NutriSystem, Inc.*, 620 F.3d 274 (3d Cir. 2010).
[3]    *See, e.g., Hargrove v. Sleepy's LLC*, 974 F.3d 467 (3d Cir. 2019); *Marzuq v. Cadete Enterprises, Inc.*, 807 F.3d 431 (1st Cir. 2015); *Chevalier v. General Nutrition Centers, Inc.*, 220 A.3d 1038 (Pa. 2019).  W&S's considerable work on *amicus* briefs is exclusively done on a *pro bono* basis on behalf of worker's rights organizations.

7.      I serve *pro bono* on the Mediation Panel of the United States District Court for the Middle District of Pennsylvania and have lectured on employment law at many organizations, including: Vanderbilt University School of Law; the Wharton School of Business at the University of Pennsylvania; the Beasley School of Law at Temple University; the University of Pennsylvania Law School; the Earle Mack School of Law at Drexel University; the Pennsylvania Bar Institute; the American Bar Association's Federal Labor Standards Legislation Committee; the Workplace Injury Law & Advocacy Group; the American Association of Justice; the National Employment Lawyers Association; the National Employment Lawyers Association of New York; the Ohio Association of Justice; the Society for Human Resources Management; and the Lackawanna County (PA) Bar Association.  Also, in June 2019, I testified regarding federal overtime standards at the United States House of Representatives' Subcommittee on Workforce Protections of the Committee on Education and Labor.

## Reasonable Hourly Rates

8.      Because W&S works exclusively on a contingency fee basis, it does not send clients legal bills or charge them an hourly rate.  However, W&S often submits hourly rates to this Court in seeking the recovery of fees after either a client has prevailed under a fee-shifting statute or (as is more common) after a lawsuit has been settled and the Court must approve the requested attorney's fee.

9.      W&S has adopted and utilized the hourly rates described in the fee schedule published by Community Legal Services of Philadelphia.  *See* https://clsphila.org/about-community-legal-services/attorney-fees/.  We have taken this approach because: (i) the CLS fee schedule has been favorably cited by the Third Circuit, *see United States ex rel. Palmer v. C&D Technologies, Inc.*, 897 F.3d 128, 138 (3d Cir. 2018); *Maldonado v. Houstoun*, 256 F.3d 181, 187-88 (3d Cir. 2001); (ii) the CLS fee schedule has been utilized by district court judges overseeing

3

many cases handled by W&S;[4] and (iii) in W&S's view, the CLS rates promote consistency, predictability, and efficiency in the evaluation of fee requests.

10.    Based on my observations and experience, the attorney rates described in the CLS fee schedule represent the reasonable attorney rates in litigation ***throughout*** the EDPA.  In submitting rates to EDPA Judges, W&S has never reduced its CLS-based rates due to the assigned EDPA Judge, the assigned EDPA courthouse, the location of the defendant's business operations, or the location of the plaintiff's residence.  Simply put, W&S consistently treats the EDPA as encompassing a ***single*** legal marketplace dictated by the CLS fee schedule.

11.    For some recent examples of instances in which W&S has relied upon the CLS fee schedule in actions assigned to the EDPA's ***Allentown*** courthouse, the Court is referred to the following docket entries: *Green v. Amazon.com, Inc.*, 5:21-cv-05007-JMG at Doc. No. 31-3;  *Ricci v. NewRez LLC*, 5:22-cv-00650-JFL at Doc. No. 51-3; and *Houser v. Thirty, Inc.*, 5:20-cv-05087-JFL at Doc. No. 51-2.

---

[4]    *See, e.g.*, *Ayala v. Syncreon Technologies USA, LLC*, 2024 U.S. Dist. LEXIS 207341, *2-3 (E.D. Pa. Nov. 13, 2024); *Thompson v. Rhombus Services, LLC*, 2023 U.S. Dist. LEXIS 109236, *3-4 (E.D. Pa. June 14, 2023); *Bristow v. AmeriHealth Caritas*, 2023 U.S. Dist. LEXIS 92193, *3 (E.D. Pa. May. 25, 2023); *Maranzano v. S-L Distribution Co., LLC*, 2022 U.S. Dist. LEXIS 201819, *8 (M.D. Pa. Nov. 4, 2022); *Short v. Qyst Inc.*, 2022 U.S. Dist. LEXIS 103863, *15 (E.D. Pa. June 10, 2022); *Breslin v. MPW Industrial Water Services, Inc.*, 2022 U.S. Dist. LEXIS 4065, *3 (M.D. Pa. Jan. 6, 2022); *Anderson v. Liberty Healthcare Corp.*, 2021 U.S. Dist. LEXIS 225350, *4 (E.D. Pa. Nov. 22, 2021); *Del Valle v. Empire Home Health Care, Inc.*,  2021 U.S. Dist. LEXIS 218243, *4 (E.D. Pa. Nov. 8, 2021); *Sheridan v. Scranton Quincy Ambulance, LLC*, 2020 U.S. Dist. LEXIS 186032, *3 (M.D. Pa. Oct. 7, 2020); *Mejia v. KVK-Tech, Inc.*, 2020 U.S. Dist. LEXIS 162235, *4, 13 (E.D. Pa. Sept. 4, 2020); *Ogunlana v. Atlantic Diagnostic Laboratories LLC*, 2020 U.S. Dist. LEXIS 55619, *11 (E.D. Pa. Mar. 31, 2020); *Hall v. Accolade, Inc.*, 2020 U.S. Dist. LEXIS 52632, *31-32 (E.D. Pa. Mar. 25, 2020); *Shiptoski v. SMG Group, LLC*, 2020 U.S. Dist. LEXIS 8864, *5 (M.D. Pa. Jan. 16, 2020); *Boa v. Novesa USA Inc.*, 2019 U.S. Dist. LEXIS 4112, *3 (E.D. Pa. Jan. 4, 2019); *Kreamer v. Grant Production Testing Services, Inc.*, 2018 U.S. Dist. LEXIS 121417, *3 (M.D. Pa. July 17, 2018); *Roxberry v. Snyders-Lance, Inc.*, 2017 U.S. Dist. LEXIS 193573, *6 (M.D. Pa. Nov. 15, 2017); *DiClemente v. Adams Outdoor Advertising, Inc.*, 2016 U.S. Dist. LEXIS 88394, *12-13 (M.D. Pa. July 8, 2016).

**I HEREBY DECLARE, UNDER PENALTY OF PERJURY AND PURSUANT TO 28 U.S.C. § 1746, THAT THE ABOVE FACTS ARE TRUE AND CORRECT:**

March 24, 2025
Date

_____
Peter Winebrake

Appx. 146

# EXHIBIT
# 3

# Civil Cases Report

### United States District Court -- Eastern District of Pennsylvania
### Filed Report Period: 1/1/2022 - 3/31/2022

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 5:16-cv-02225-JHS<br>**ROSE et al v. HOFFMAN INS. CONSULTANTS, LLC et al** | *Case filed:* 05/06/2016<br>*Case closed:* 05/23/2016<br>*Case reopened:* 09/19/2016<br>*Case closed:* 07/18/2018<br>*Case reopened:* 03/21/2022<br>*Case closed:* 06/02/2023 | | *Cause:* 28:1331 Federal Question: Other Civil Rights<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOEL H. SLOMSKY<br>*Jury demand:* Defendant<br>*Case flags:* CLOSED,A/R,SPECIAL |
| 5:22-cv-00041-JLS<br>**MAHONEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED v. JAINDL FARMS, LLC** | *Case filed:* 01/06/2022<br>*Case closed:* 02/11/2022 | | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 446<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| 5:22-cv-00154-GEKP<br>**FRONHEISER et al v. PENNSYLVANIA DEPARTMENT OF MILITARY AFFAIRS** | *Case filed:* 01/13/2022<br>*Case closed:* 03/07/2022<br>*Case closed:* 02/06/2023<br>*Case reopened:* 02/06/2023 | | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* GENE E.K. PRATTER<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| 5:22-cv-00176-JLS<br>**TOBIN v. EAST PENN MANUFACTURING CO., INC.** | *Case filed:* 01/14/2022<br>*Case closed:* 09/12/2022 | | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| 5:22-cv-00217-JLS<br>**Biniek v. PA Health Management** | *Case filed:* 01/18/2022<br>*Case closed:* 03/21/2023 | | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Settlement:* SCOTT W. REID<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED |

Appx. 148

| | | | |
|---|---|---|---|
| [5:22-cv-00227-JFM](#)<br>**GF INDUSTRIES OF MISSOURI, LLC v. LEHIGH VALLEY GENOMICS, LLC** | *Case filed:* 01/18/2022<br>*Case closed:* 04/30/2024<br>*Case closed:* 05/10/2024<br>*Case reopened:* 05/10/2024<br>*Case closed:* 05/23/2024<br>*Case reopened:* 05/23/2024<br>*Case reopened:* 05/29/2024<br>*Case closed:* 05/30/2024<br>*Case closed:* 06/06/2024<br>*Case reopened:* 06/06/2024<br>*Case closed:* 06/26/2024<br>*Case reopened:* 06/26/2024<br>*Case reopened:* 01/24/2025<br>*Case closed:* 01/27/2025<br>*Case reopened:* 02/27/2025<br>*Case closed:* 02/28/2025 | | *Cause:* 42:1981 Civil Rights<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN F MURPHY<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00228-JMG](#)<br>**Nelson v. Bollman Hat Factory** | *Case filed:* 01/18/2022<br>*Case closed:* 01/18/2023 | | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Settlement:* PAMELA A. CARLOS<br>*Jury demand:* Both<br>*Case flags:* CLOSED,A/R,MJ-Settlement |
| [5:22-cv-00273-EGS](#)<br>**LEONARD v. FLEUR DE LAIT EAST, LLC** | *Case filed:* 01/21/2022<br>*Case closed:* 06/16/2022 | | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00281-EGS](#)<br>**MCKELVIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. BOSCOVS, INC. et al** | *Case filed:* 01/21/2022<br>*Case closed:* 03/30/2022 | | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 446<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00285-JLS](#)<br>**MANCO v. St. Joseph's University et al** | *Case filed:* 01/21/2022 | 1153 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Settlement:* CRAIG M. STRAW |

Appx. 149

| | | | Jury demand: Both |
| | | | Case flags: A/R,MJ-Settlement |
| 5:22-cv-00290-MRP **KINNEY v. LOUIS et al** | Case filed: 01/21/2022 Case closed: 02/14/2024 | | Cause: 42:1983 Civil Rights Act NOS: 446 Office: Allentown Jurisdiction: Federal Question Presider: MIA ROBERTS PEREZ Jury demand: Both Case flags: CLOSED,A/R |
| 5:22-cv-00335-JLS **ROSE v. CHRISTIAN et al** | Case filed: 01/24/2022 Case closed: 06/17/2022 | | Cause: 42:1983 Civil Rights Act NOS: 440 Office: Allentown Jurisdiction: Federal Question Presider: JEFFREY L. SCHMEHL Jury demand: None Case flags: CLOSED,A/R,PSLC-KB,PSO |
| 5:22-cv-00397-JLS **MIGLIORI et al v. LEHIGH COUNTY BOARD OF ELECTIONS** | Case filed: 01/31/2022 Case closed: 03/16/2022 Case reopened: 04/04/2023 | 715 | Cause: 42:1971 Voting Rights Law NOS: 441 Office: Allentown Jurisdiction: Federal Question Presider: JEFFREY L. SCHMEHL Referral: CRAIG M. STRAW Jury demand: Defendant Case flags: A/R,MJ-R&R,MOTREF |
| 5:22-cv-00405-JLS **SCHWARTZ v. RAS LOGISTICS, INC.** | Case filed: 01/31/2022 Case closed: 08/25/2022 | | Cause: 42:12101 The Americans with Disabilities Act of 1990 NOS: 445 Office: Allentown Jurisdiction: Federal Question Presider: JEFFREY L. SCHMEHL Jury demand: Plaintiff Case flags: CLOSED,A/R |
| 5:22-cv-00406-JFL **PRZYJEMSKI v. READING HOSPITAL et al** | Case filed: 01/31/2022 Case closed: 10/12/2022 | | Cause: 29:623 Job Discrimination (Age) NOS: 442 Office: Allentown Jurisdiction: Federal Question Presider: JOSEPH F. LEESON, JR. Jury demand: Plaintiff Case flags: CLOSED,A/R |
| 5:22-cv-00452-JS **GIORDANO v. PANELLA** | Case filed: 02/04/2022 Case closed: 02/14/2022 | | Cause: 42:2000(e)2(a) Family and Medical Leave Act NOS: 442 Office: Allentown |

Appx. 150

| | | | |
|---|---|---|---|
| | | | *Jurisdiction:* Federal Question<br>*Presider:* JUAN R. SANCHEZ<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-00494-EGS**<br>**Andino v. Iron Tiger Logistics** | *Case filed:* 02/08/2022<br>*Case closed:* 11/29/2022 | | *Cause:* 42:2000e Job<br>Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-00564-EGS**<br>**FIORE v. AIR LIQUIDE ADVANCED MATERIALS, INC.** | *Case filed:* 02/14/2022<br>*Case closed:* 03/17/2022<br>*Case closed:* 11/18/2022<br>*Case reopened:* 11/18/2022<br>*Case closed:* 04/04/2023<br>*Case reopened:* 04/04/2023 | | *Cause:* 29:621 Job<br>Discrimination (Age)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-00617-JLS**<br>**GULICK v. ADVANCED DERMATOLOGY ASSOCIATES, LTD.** | *Case filed:* 02/17/2022<br>*Case closed:* 09/27/2022 | | *Cause:* 42:12101 The Americans<br>with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L.<br>SCHMEHL<br>*Settlement:* PAMELA A.<br>CARLOS<br>*Jury demand:* Both<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-00683-JLS**<br>**RIOS** | *Case filed:* 02/09/2022<br>*Case closed:* 04/29/2022 | | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L.<br>SCHMEHL<br>*Jury demand:* None<br>*Case flags:*<br>CLOSED,A/R,PSLC-BB,PSO |
| **5:22-cv-00699-JMG**<br>**JOHN DOE 1 and JANE DOE 1, in their own Capacity and as parents of CHILD DOE 1 et al** | *Case filed:* 02/23/2022<br>*Case closed:* 05/20/2022 | | *Cause:* 42:12101 The Americans<br>with Disabilities Act of 1990<br>*NOS:* 448<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M.<br>GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-00740-JMG**<br>**PARIS v. MITSUBISHI** | *Case filed:* 02/28/2022<br>*Case closed:* 08/31/2022 | | *Cause:* 42:12101 The Americans<br>with Disabilities Act of 1990<br>*NOS:* 445 |

Appx. 151

| | | | |
|---|---|---|---|
| **CHEMICAL ADVANCED MATERIALS, INC.** | | | *Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00805-JLS](#)<br>**FIDAGO v. CLEAR CHANNEL OUTDOOR LLC et al** | *Case filed:* 03/03/2022<br>*Case closed:* 04/21/2022 | | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Diversity<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00807-JFL](#)<br>**FOGEL v. HEARING HEALTH PA, LLC et al** | *Case filed:* 03/03/2022<br>*Case closed:* 09/07/2022 | | *Cause:* 29:621 Job Discrimination (Age)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00812-JFM](#)<br>**LOUIS v. OWEN J. ROBERTS SCHOOL DISTRICT et al** | *Case filed:* 03/03/2022<br>*Case closed:* 05/12/2023 | | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN F MURPHY<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00818-EGS](#)<br>**STICHTER v. CITY OF READING** | *Case filed:* 03/04/2022<br>*Case closed:* 04/06/2023 | | *Cause:* 29:621 Job Discrimination (Age)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Settlement:* ELIZABETH T. HEY<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-00846-JLS](#)<br>**KULP v. MEIER SUPPLY COMPANY, INC.** | *Case filed:* 03/07/2022<br>*Case closed:* 11/02/2022 | | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |

Appx. 152

| | | | |
|---|---|---|---|
| **5:22-cv-00858-EGS**<br>**SMITH v. ISAAC'S DELI,**<br>**INC. et al** | *Case filed:* 03/07/2022<br>*Case closed:* 10/20/2022 | | *Cause:* 28:451 Employment<br>Discrimination<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Settlement:* ELIZABETH T.<br>HEY<br>*Jury demand:* Defendant<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-00928-JMG**<br>**HARGROVE v. TOWER**<br>**HEALTH URGENT CARE,**<br>**LLC** | *Case filed:* 03/11/2022<br>*Case closed:* 09/06/2022 | | *Cause:* 42:2000 Job<br>Discrimination (Sex)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M.<br>GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-00983-JMG**<br>**FOXWORTH v. WAKEFERN**<br>**FOOD CORPORATION** | *Case filed:* 03/15/2022<br>*Case closed:* 02/01/2023 | | *Cause:* 28:1331 Fed. Question:<br>Employment Discrimination<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M.<br>GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-01001-EGS**<br>**RIVERA v. ST. LUKE'S**<br>**PHYSICIAN GROUP, INC.** | *Case filed:* 03/16/2022<br>*Case closed:* 04/29/2022 | | *Cause:* 42:12101 The Americans<br>with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| **5:22-cv-01005-EGS**<br>**HOFFMAN v. KARPOVICH** | *Case filed:* 03/15/2022<br>*Case closed:* 08/16/2022 | | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Jury demand:* Plaintiff<br>*Case flags:*<br>CLOSED,A/R,PSLC-EM,PSO |
| **5:22-cv-01011-JFL**<br>**RESSEL v. UPPER**<br>**PROVIDENCE TOWNSHIP**<br>**(MONTGOMERY COUNTY)** | *Case filed:* 03/16/2022<br>*Case closed:* 11/22/2022 | | *Cause:* 42:12101 The Americans<br>with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON,<br>JR. |

Appx. 153

| | | | |
|---|---|---|---|
| | | | *Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-01034-JLS](#)<br>**Gardner v. KUTZTOWN UNIVERSITY et al** | *Case filed:* 03/17/2022<br>*Case closed:* 01/21/2025<br>*Case reopened:* 01/21/2025 | | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Both<br>*Case flags:* CLOSED,APPEAL,A/R |
| [5:22-cv-01073-EGS](#)<br>**WILSON v. PAVELKO, et al** | *Case filed:* 03/21/2022<br>*Case closed:* 04/08/2022<br>*Case reopened:* 04/08/2022<br>*Case closed:* 06/17/2022 | | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-01101-JFL](#)<br>**MCCLARIN v. NATIONAL ALLIANCE FOR PARTNERSHIPS IN EQUITY** | *Case filed:* 03/22/2022<br>*Case closed:* 09/20/2022 | | *Cause:* 42:1981 Job Discrimination (Race)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* Defendant<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-01111-JLS](#)<br>**TAYLOR v. FULTON TOWNSHIP** | *Case filed:* 03/23/2022<br>*Case closed:* 12/07/2022 | | *Cause:* 29:621 Job Discrimination (Age)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Defendant<br>*Case flags:* CLOSED,A/R |
| [5:22-cv-01168-EGS](#)<br>**STEIN v. ENVISION PHYSICIAN SERVICES et al** | *Case filed:* 03/28/2022<br>*Case closed:* 07/29/2022 | | *Cause:* 29:621 Job Discrimination (Age)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* EDWARD G. SMITH<br>*Settlement:* ELIZABETH T. HEY<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED,A/R |

**Total number of cases reported:** 38

**Selection Criteria for Report**

Appx. 154

| Office | Allentown |
|---|---|
| Case Type | All |
| Nature of Suit | 444: Civil Rights Welfare<br>443: Civil Rights: Accommodations<br>445: Civil Rights: Americans with Disabilities - Employment<br>446: Civil Rights: Americans with Disabilities - Other<br>448: Civil Rights: Education<br>442: Civil Rights: Employment<br>440: Civil Rights: Other<br>441: Civil Rights: Voting |
| Cause | All |
| Jurisdiction | All |
| JPML | All |
| Filed Date | 1/1/2022 - 3/31/2022 |
| Case Flags | All |
| Terminal Digits | All |
| Open Cases | Yes |
| Closed Cases | Yes |
| Sort by | case number |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/19/2025 10:47:44 | | | |
| **PACER Login:** | ▮▮▮▮▮ | **Client Code:** | |
| **Description:** | Civil Cases Report | **Search Criteria:** | Filed From: 1/1/2022<br>Filed To: 3/31/2022 |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |

Appx. 155

# EXHIBIT
# 4

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00041-JLS

| | |
|---|---|
| MAHONEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED v. JAINDL FARMS, LLC | Date Filed: 01/06/2022 |
| Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL | Date Terminated: 02/11/2022 |
| Cause: 42:12101 The Americans with Disabilities Act of 1990 | Jury Demand: None |
| | Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**JOHN MAHONEY**
*ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED*

represented by **David Glanzberg**
The Law Office of David Glanzberg
123 S Broad Street
Suite 1640
Philadelphia, PA 19109
215-981-5400
Fax: 267-319-1993
Email: david.glanzberg@gtlawpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JAINDL FARMS, LLC.**

represented by **JOSHUA A. GILDEA**
FITZPATRICK, LENTZ & BUBBA
4001 SCHOOLHOUSE LANE
P.O. BOX 219
CENTER VALLEY, PA 18034-0219
610-797-9000
Email: jgildea@flblaw.com
*ATTORNEY TO BE NOTICED*

**STEPHANIE A. KOENIG**
FITZPATRICK LENTZ & BUBBA, PC
645 W. HAMILTON STREET
SUITE 800
ALLENTOWN, PA 18101
610-797-9000
Fax: 610-797-6663
Email: skoenig@flblaw.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-00041-JLS but none satisfy the selection criteria.

CLOSED,A/R

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:22‑cv‑00154‑GEKP

| | |
|---|---|
| FRONHEISER et al v. PENNSYLVANIA DEPARTMENT OF MILITARY AFFAIRS | Date Filed: 01/13/2022 |
| Assigned to: DISTRICT JUDGE GENE E.K. PRATTER | Date Terminated: 02/06/2023 |
| all others Case: 2:20-cv-06369-GEKP | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

### Plaintiff

**BARBARA FRONHEISER**          represented by **D. AARON RIHN**
*INDIVIDUALLY AND AS*                                        PEIRCE LAW OFFICES
*ADMINISTRATRIX OF THE ESTATE OF*                707 GRANT ST
*JAMES HATT, DECEASED*                               2500 GULF TOWER
                                                                          PITTSBURGH, PA 15219
                                                                          412‑281‑7229
                                                                          Email: arihn@peircelaw.com
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **ROBERT F. DALEY**
                                                                          ROBERT PEIRCE & ASSOCIATES, P.C.
                                                                          707 GRANT STREET
                                                                          SUITE 125
                                                                          PITTSBURGH, PA 15219
                                                                          412‑281‑7229
                                                                          Fax: 412‑281‑4229
                                                                          Email: bdaley@peircelaw.com
                                                                          *ATTORNEY TO BE NOTICED*

V.

### Defendant

**PENNSYLVANIA DEPARTMENT OF MILITARY AFFAIRS**
*AS OWNER AND OPERATOR OF SOUTHEASTERN VETERANS'[ CENTER*

### Defendant

**ROHAN BLACKWOOD**
*IN HIS INDIVIDUAL CAPACITY*

### Defendant

**DEBORAH MULLANE**
*IN HER INDIVIDUAL CAPACITY*

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:22-cv-00176-JLS

TOBIN v. EAST PENN MANUFACTURING CO., INC.
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/14/2022
Date Terminated: 09/12/2022
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**KYLE TOBIN**

represented by **Andrew Jordan Schreiber**
Murphy Law Group, LLC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
267-273-1054
Fax: 215-525-0210
Email: aschreiber@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

**MICHAEL PATRICK MURPHY , JR.**
MURPHY LAW GROUP LLC
EIGHT PENN CENTER SUITE 2000
1628 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103
215-375-0961
Email: murphy@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EAST PENN MANUFACTURING CO., INC.**

represented by **GARY D. MELCHIONNI**
STEVENS & LEE
51 SOUTH DUKE ST.
POBOX 1594
LANCASTER, PA 17608-1594
717-291-1031
Fax: 717-394-7726
Email: gdm@stevenslee.com
*ATTORNEY TO BE NOTICED*

**THERESA M. ZECHMAN**
STEVENS & LEE
51 SOUTH DUKE ST.

Appx. 159

CLOSED

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00217-JLS

Biniek v. PA Health Management
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Referred to: MAGISTRATE JUDGE SCOTT W. REID
(Settlement)
Case in other court: Pennsylvania Middle, 1:22-cv-00047
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/18/2022
Date Terminated: 03/21/2023
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**Ashley Biniek**

represented by **MARY E. LEMIEUX-FILLERY**
LAW OFFICES OF ERIC A SHORE PC
TWO PENN CENTER SUITE 1240
1500 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103
267-546-0132
Fax: 215-944-6124
Email: maryf@ericshore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Carrion**
Kane, Pugh, Knoell, Troy & Kramer LLP
4 Sentry Parkway
Ste 100
Blue Bell, PA 19403
610-275-2000
Fax: 610-275-2018
Email: pcarrion@kanepugh.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PA Health Management**

represented by **ANTHONY J. MARCAVAGE**
FLOOD MARCAVAGE LAW
1 RESEARCH COURT, SUITE 450
ROCKVILLE, MD 20850
202-714-7408
Email: anthony@fmlaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN B. FLOOD**
FLOOD MARCAVAGE LAW LLC
1 RESEARCH COURT
SUITE 450

Appx. 160

Case 2:22-cv-00997-JDC Document 14 Page 80 Date Filed 04/17/2025121

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00227-JFM

| | |
|---|---|
| GF INDUSTRIES OF MISSOURI, LLC v. LEHIGH VALLEY GENOMICS, LLC | Date Filed: 01/18/2022 |
| Assigned to: DISTRICT JUDGE JOHN F MURPHY | Date Terminated: 02/28/2025 |
| Cause: 42:1981 Civil Rights | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**GF INDUSTRIES OF MISSOURI, LLC**   represented by   **BRIANA LYNN PEARSON**
German, Gallagher & Murtagh
200 S. Broad Street
Suite 500
Philadelphia, PA 19102
215-545-7700
Email: pearsonb@ggmfirm.com
*ATTORNEY TO BE NOTICED*

**FRANCIS X. TANEY , JR.**
TANEY LEGAL LLC
110 SIMI COURT
CHERRY HILL, NJ 08003
215-514-8736
Email: frank.taney@taneylegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LEHIGH VALLEY GENOMICS, LLC**   represented by   **ROBERT J. MCCULLY**
SHOOK HARDY & BACON LLP
2555 GRAND BLVD
KANSAS CITY, MO 64108
816-559-2191
Email: rmccully@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin L Leffler**
SHOOK HARDY & BACON LLP
TWO COMMERCE SQUARE
2001 MARKET STREET, SUITE 3000
PHILADELPHIA, PA 19103
215-278-2555
Fax: 215-278-2594
Email: eleffler@shb.com
*ATTORNEY TO BE NOTICED*

Appx. 161

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00228-JMG

| | |
|---|---|
| Nelson v. Bollman Hat Factory | Date Filed: 01/18/2022 |
| Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER | Date Terminated: 01/18/2023 |
| Referred to: MAGISTRATE JUDGE PAMELA A. CARLOS (Settlement) | Jury Demand: Both |
| | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:2000e Job Discrimination (Employment) | Jurisdiction: Federal Question |

**Plaintiff**

**Gregory Nelson**      represented by    **LARRY W. MILLER , JR.**
MILLER LAW GROUP PLLC
25 STEVENS AVENUE
WEST LAWN, PA 19609
610-670-9000
Email: lmiller@millerlawgroup.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bollman Hat Factory**      represented by    **LEE C. DURIVAGE**
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 MARKET STREET
SUITE 2300
PHILADELPHIA, PA 19103
215-575-2584
Email: lcdurivage@mdwcg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Curry Burke**
Marshall Dennehey Warner Coleman &
Goggin, P.C.
2000 Market Street
Suite 2300
Philadelphia, PA 19103
215-575-2611
Fax: 215-575-0856
Email: mcburke@mdwcg.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-00228-JMG but none satisfy the selection criteria.

Appx. 162

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00273-EGS

| | |
|---|---|
| LEONARD v. FLEUR DE LAIT EAST, LLC | Date Filed: 01/21/2022 |
| Assigned to: DISTRICT JUDGE EDWARD G. SMITH | Date Terminated: 06/16/2022 |
| Cause: 42:12101 The Americans with Disabilities Act of 1990 | Jury Demand: Plaintiff |
| | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**HEATHER LEONARD**                     represented by     **EDWARD C. SWEENEY**
Wusinich, Sweeney & Ryan, LLC
102 Pickering Way
Suite 403
Suite 403
Exton, PA 19341
610-594-1600
Fax: 610-594-6518
Email: esweeney@wspalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FLEUR DE LAIT EAST, LLC**             represented by     **CAROLINE AUSTIN**
*doing business as*                                        DUANE MORRIS LLP
SAVENCIA FROMAGE & DAIRY                                   30 SOUTH 17TH STREET
*doing business as*                                        PHILADELPHIA, PA 19103
SAVENCIA CHEESE USA LLC                                    215-979-1887
Email: caustin@duanemorris.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH C. MINCER**
DUANE MORRIS LLP
30 S 17TH STREET
PHILADELPHIA, PA 19103
215-979-1859
Fax: 215-689-3147
Email: emincer@duanemorris.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-00273-EGS but none satisfy the selection criteria.

Appx. 163

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00281-EGS

MCKELVIE, INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED v. BOSCOVS, INC. et al
Assigned to: DISTRICT JUDGE EDWARD G. SMITH
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/21/2022
Date Terminated: 03/30/2022
Jury Demand: None
Nature of Suit: 446 Civil Rights: Americans
with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**BETH MCKELVIE**
*INDIVIDUALLY AND ON BEHALF OF*
*ALL OTHERS SIMILARLY SITUATED*

represented by **James M. LaMarca**
Lynch Carpenter, LLP
1133 Penn Ave.
Floor 5
Pittsburgh, PA 15222
412-385-4390
Email: jlamarca@waykayslay.com
*ATTORNEY TO BE NOTICED*

**NICHOLAS A. COLELLA**
Lynch Carpenter, LLP
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: nickc@lcllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**GARY F. LYNCH**
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: gary@lcllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BOSCOVS, INC.**

represented by **SCOTT M. ESTERBROOK**
REED SMITH, LLP
2500 ONE LIBERTY PLACE
1650 MARKET ST
PHILADELPHIA, PA 19103-7301
215-851-8146
Fax: 215-851-1420

Appx. 164

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00285-JLS

MANCO v. St. Joseph's University et al
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Referred to: MAGISTRATE JUDGE CRAIG M. STRAW
(Settlement)
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 01/21/2022
Jury Demand: Both
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**GREGORY V. MANCO**
*PH.D.,*

represented by **JOSEPH M. TODDY**
ZARWIN BAUM DEVITO KAPLAN
O'DONNELL SCHAER PC
1818 MARKET ST., 13TH FL
PHILADELPHIA, PA 19102
215-569-2800
Email: jmtoddy@zarwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. WEISS**
Zarwin Baum DeVito Kaplan Schaer &
Toddy
2005 Market Street
16th Floor
Philadelphia, PA 19103
215-569-2800
Email: jweiss@zarwin.com
*ATTORNEY TO BE NOTICED*

**Scott Adam Zlotnick**
Zarwin Baum DeVito Kaplan Schaer &
Toddy, P.C.
2005 Market Street
Ste 16th Floor
PHILADELPHIA
Philadelphia, PA 19103
267-273-7410
Fax: 267-765-9694
Email: szlotnick@zarwin.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**St. Joseph's University**

represented by **LESLIE MILLER GREENSPAN**
THE TUCKER LAW GROUP
Ten Penn Center

Appx. 165

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00290-MRP

KINNEY v. LOUIS et al

Assigned to: DISTRICT JUDGE MIA ROBERTS PEREZ

Cause: 42:1983 Civil Rights Act

Date Filed: 01/21/2022

Date Terminated: 02/14/2024

Jury Demand: Both

Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other

Jurisdiction: Federal Question

**Plaintiff**

**NICHOLAS KINNEY**                     represented by   **ROBERT E. GOLDMAN**
LAW OFFICE OF ROBERT E GOLDMAN LLC
535 HAMILTON STREET
SUITE 302
ALLENTOWN, PA 18101
610-841-3876
Fax: 215-933-6902
Email: reg@bobgoldmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ERNESTO LOUIS**                       represented by   **JILL E. NAGY**
SUMMERS NAGY LAW OFFICES
35 SOUTH DUKE ST
YORK, PA 17401
717-812-8100
Email: jnagy@summersnagy.com
*ATTORNEY TO BE NOTICED*

**SEAN E. SUMMERS**
SUMMERS NAGY LAW OFFICE
200 SPRING RIDGE DR
SUITE 202
WYOMISSING, PA 19610
610-939-9866
Email: ssummers@summersnagy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OFFICER DWIGHT SCHAFFNER**
*INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BETHLEHEM POLICE DEPARTMENT*

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00397-JLS

MIGLIORI et al v. LEHIGH COUNTY BOARD OF ELECTIONS
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Referred to: MAGISTRATE JUDGE CRAIG M. STRAW
Demand: $0
Case in other court:  USCA THIRD CIRCUIT, 22-01499
Cause: 42:1971 Voting Rights Law

Date Filed: 01/31/2022
Jury Demand: Defendant
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Ms. LINDA MIGLIORI**     represented by    **STEPHEN A. LONEY , JR.**
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
215-592-1513
Fax: 267-573-3054
Email: sloney@aclupa.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARIAN K. SCHNEIDER**
ACLUF of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
610-420-0632
Email: mschneider@aclupa.org
*ATTORNEY TO BE NOTICED*

**RICHARD TSAI TING**
ACLUF of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
412-634-1151
Email: rting@aclupa.org
*ATTORNEY TO BE NOTICED*

**WITOLD J. WALCZAK**
ACLU OF PENNSYLVANIA
P.O.BOX 60173
PHILADELPHIA, PA 19102
215-592-1513
Email: vwalczak@aclupa.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANCIS J. FOX**     represented by    **STEPHEN A. LONEY , JR.**
(See above for address)

Appx. 167

LEAD ATTORNEY
*ATTORNEY TO BE NOTICED*

**MARIAN K. SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD TSAI TING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WITOLD J. WALCZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD E RICHARDS**                    represented by   **STEPHEN A. LONEY , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARIAN K. SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD TSAI TING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WITOLD J. WALCZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KENNETH RINGER**                    represented by   **STEPHEN A. LONEY , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARIAN K. SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD TSAI TING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WITOLD J. WALCZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SERGIO RIVAS**                    represented by   **STEPHEN A. LONEY , JR.**
(See above for address)

Appx. 168

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARIAN K. SCHNEIDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD TSAI TING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WITOLD J. WALCZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Zac Cohen**                          represented by    **ADAM C. BONIN**
                                                         THE LAW OFFICE OF ADAM C. BONIN
                                                         121 South Broad Street
                                                         Suite 400
                                                         PHILADELPHIA, PA 19107
                                                         267-242-5014
                                                         Fax: 215-701-2321
                                                         Email: adam@boninlaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LEHIGH COUNTY BOARD OF**            represented by    **JOSHUA S. MAZIN**
**ELECTIONS**                                            RepkaMazin, LLC
                                                         3735 Nazareth Rd
                                                         Ste 204
                                                         Easton, PA 18045
                                                         610-365-2670
                                                         Fax: 610-365-2672
                                                         Email: josh@repkamazinlaw.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **LUCAS JOHN REPKA**
                                                         REPKA LAW OFFICES
                                                         108 E CENTER STREET
                                                         NAZARETH, PA 18064
                                                         610-365-2670
                                                         Fax: 610-365-2672
                                                         Email: lucas@repkamazinlaw.com
                                                         *ATTORNEY TO BE NOTICED*

V.

**Appx. 169**

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:22-cv-00405-JLS

| | |
|---|---|
| SCHWARTZ v. RAS LOGISTICS, INC. | Date Filed: 01/31/2022 |
| Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL | Date Terminated: 08/25/2022 |
| Cause: 42:12101 The Americans with Disabilities Act of 1990 | Jury Demand: Plaintiff |
| | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**KELLY SCHWARTZ**                    represented by    **JULIA W. CLARK**
KARPF, KARPF & CERUTTI P.C.
3331 STREET ROAD
SUITE 128
TWO GREENWOOD SQUARE
BENSALEM, PA 19020
215-639-0801
Email: jclark@fisherphillips.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RAS LOGISTICS, INC.**                    represented by    **KEVIN L. GOLDEN**
O'Hagan Meyer PLLC
Philadelphia
Three Logan Square
1717 Arch Street
Suite 3910
Philadelphia, PA 19103
215-461-3300
Fax: 215-461-3311
Email: kgolden@ohaganmeyer.com
*ATTORNEY TO BE NOTICED*

**Michael T Sweeney**

Appx. 170

Case 2:22-cv-00997-JDC Document 14-9 Page 40 Date Filed: 04/17/2025

# United States District Court
# Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00406-JFL

PRZYJEMSKI v. READING HOSPITAL et al

Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR

Cause: 29:623 Job Discrimination (Age)

Date Filed: 01/31/2022

Date Terminated: 10/12/2022

Jury Demand: Plaintiff

Nature of Suit: 442 Civil Rights: Employment

Jurisdiction: Federal Question

**Plaintiff**

**CATHY PRZYJEMSKI**                    represented by   **CAREN N. GURMANKIN**
CONSOLE MATTIACCI LAW LLC
1525 LOCUST ST., 9TH FL
PHILADELPHIA, PA 19102
215-545-7676
Fax: 215-565-2853
Email: gurmankin@consolelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**READING HOSPITAL**                   represented by   **DANIEL J. SOBOL**
Stevens & Lee
1500 Market Street, East Tower
Suite 1800
PHILADELPHIA, PA 19102
215-751-1945
Fax: 610-371-7755
Email: djso@stevenslee.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRANDON SHABY SHEMTOB**
Stevens & Lee
620 Freedom Business Center
Ste 200
King of Prussia, PA 19406
215-496-3835
Email: brandon.shemtob@blankrome.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**TOWER HEALTH**                       represented by   **DANIEL J. SOBOL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Appx. 171

Case 2:22-cv-00997-JDC Document 14-9 Page: 41 Date Filed: 04/17/2025

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:22-cv-00452-JS

GIORDANO v. PANELLA

Assigned to: DISTRICT JUDGE JUAN R. SANCHEZ

Cause: 42:2000(e)2(a) Family and Medical Leave Act

Date Filed: 02/04/2022
Date Terminated: 02/14/2022
Jury Demand: None
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**FRANCIS J GIORDANO**

represented by **STEPHANIE J. MENSING**
Mensing Law LLC
1515 Market Street
Suite 1200
Philadelphia, PA 19102
215-586-3751
Fax: 215-359-2741
Email: stephanie@mensinglaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JACK A PANELLA**

# There are proceedings for case 5:22-cv-00452-JS but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 09:59:04 | | | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-00452-JS Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 172

Case 2:22-cv-00497-JDC Document 14 Page #2 Date Filed: 14/47/2025
United States District Court Eastern District of Pennsylvania Date Range 121

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00494-EGS

Andino v. Iron Tiger Logistics
Assigned to: DISTRICT JUDGE EDWARD G. SMITH
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 02/08/2022
Date Terminated: 11/29/2022
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**Felix Andino**                              represented by **Felix Andino**
2135 W. WALNUT STREET
ALLENTOWN, PA 18104
Email: fmandino.37@gmail.com
PRO SE

**DAVID M. KOLLER**
KOLLER LAW PC
2043 LOCUST ST STE 1B
PHILADELPHIA, PA 19103
215-545-8917
Fax: 215-575-0826
Email: davidk@phillyhometownlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Iron Tiger Logistics**                      represented by **KEVIN L. GOLDEN**
O'Hagan Meyer PLLC
Philadelphia
Three Logan Square
1717 Arch Street
Suite 3910
Philadelphia, PA 19103
215-461-3300
Fax: 215-461-3311
Email: kgolden@ohaganmeyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T Sweeney**
O'Hagan Meyer
1717 Arch Street
Suite 3910
19103

Appx. 173

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00564-EGS

FIORE v. AIR LIQUIDE ADVANCED MATERIALS, INC.
Assigned to: DISTRICT JUDGE EDWARD G. SMITH
Cause: 29:621 Job Discrimination (Age)

Date Filed: 02/14/2022
Date Terminated: 04/04/2023
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**MARK FIORE**

represented by **CHRISTINE E. BURKE**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: cburke@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AIR LIQUIDE ADVANCED
MATERIALS, INC.**

represented by **PAUL J. SOPHER**
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street
Suite 1400
Philadelphia, PA 19102
267.402.3019
Fax: 267.285.2754
Email: psopher@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Appx. 174

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:22-cv-00617-JLS

| | |
|---|---|
| GULICK v. ADVANCED DERMATOLOGY ASSOCIATES, LTD. | Date Filed: 02/17/2022 |
| Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL | Date Terminated: 09/27/2022 |
| Referred to: MAGISTRATE JUDGE PAMELA A. CARLOS | Jury Demand: Both |
| (Settlement) | Nature of Suit: 445 Civil Rights: Americans |
| Cause: 42:12101 The Americans with Disabilities Act of 1990 | with Disabilities - Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**KIMBERLY GULICK**          represented by   **TIMOTHY S. SEILER**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: tseiler@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ANDREW OLCESE**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: aolcese@karpf-law.com
*ATTORNEY TO BE NOTICED*

**Robert B. Koehler**
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem
Bensalem, PA 19020
215-639-0801
Fax: 215-639-4970
Email: rkoehler@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801

Appx. 175

Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ADVANCED DERMATOLOGY**
**ASSOCIATES, LTD.**

represented by **ADRIAN K. COUSENS**
GROSS MCGINLEY LLP
33 SOUTH 7TH ST
POBOX 4060
ALLENTOWN, PA 18105-4060
610-820-5450
Email: acousens@grossmcginley.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-00617-JLS but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 10:00:22 | | | |
| **PACER Login:** | ████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-00617-JLS Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00699-JMG

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own Capacity and as parents of CHILD DOE 1 et al | Date Filed: 02/23/2022 |
| Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER | Date Terminated: 05/20/2022 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 42:12101 The Americans with Disabilities Act of 1990 | Nature of Suit: 448 Civil Rights: Education |
| | Jurisdiction: Federal Question |

### Plaintiff

**JOHN DOE 1 and JANE DOE 1, in their own Capacity and as parents of CHILD DOE 1**    represented by    **IAN MUSSELMAN**
LAW OFFICE OF IAN J MUSSELMAN
PO BOX 185
RICHBORO, PA 18954
215-828-1682
Email: ian.j.musselman@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**JOHN DOE 2 and JANE DOE 2, in their own Capacity as parents of CHILD DOE 2**    represented by    **IAN MUSSELMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**JANE DOE 3, in her own capacity and as parent of CHILD DOE 3**
*and on behalf of those similarly Situated*    represented by    **IAN MUSSELMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**BOYERTOWN AREA SCHOOL DISTRICT**
*a Pennsylvania Governmental entity*    represented by    **SCOTT M. BADAMI**
FOX ROTHSCHILD LLP
10 SENTRY PKWY STE 200
BOX 3001
BLUE BELL, PA 19422
610-397-7974
Email: sbadami@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BETH N. SHORE**
980 Jolly Road, Suite 100
P.O. Box 3001
Blue Bell, PA 19422

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00740-JMG

PARIS v. MITSUBISHI CHEMICAL ADVANCED MATERIALS, INC.

Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER

Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 02/28/2022

Date Terminated: 08/31/2022

Jury Demand: Plaintiff

Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment

Jurisdiction: Federal Question

**Plaintiff**

**LUIS PARIS**                represented by   **W. CHARLES SIPIO**
Karpf, Karpf & Cerutti, P.C.
Eight Neshaminy Interplex
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: csipio@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ALLISON AILEEN BARKER**
Karpf, Karpf, & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: abarker@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ANDREW OLCESE**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: aolcese@karpf-law.com
*ATTORNEY TO BE NOTICED*

**SAMANTHA P. MARTIN**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970

Appx. 178

Email: smartin@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**MITSUBISHI CHEMICAL ADVANCED MATERIALS, INC.**                      represented by **JOSEPH P. HOFMANN**
STEVENS & LEE
51 SOUTH DUKE ST.
POBOX 1594
LANCASTER, PA 17608-1594
717-291-1031
Email: jph@stevenslee.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-00740-JMG but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 10:01:48 | | |
| **PACER Login:** | ████████ | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 5:22-cv-00740-JMG Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 2 | **Cost:** 0.20 |

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00805-JLS

FIDAGO v. CLEAR CHANNEL OUTDOOR LLC et al    Date Filed: 03/03/2022
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL    Date Terminated: 04/21/2022
Cause: 42:12101 The Americans with Disabilities Act of 1990    Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Diversity

**Plaintiff**

**JOSEPH FIDAGO**    represented by    **ALISON VETRINI**
Kolber & Randazzo, PC
One South Broad Street
Suite 1610
Philadelphia, PA 19107
215-567-1333
Email: avetrini@krpc-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CLEAR CHANNEL OUTDOOR LLC**    represented by    **JACQUELINE R. BARRETT**
OGLETREE DEAKINS NASH SMOAK &
STEWART PC
1735 MARKET ST STE 3000
PHILADELPHIA, PA 19103
215-995-2800
Email:
jacqueline.barrett@ogletreedeakins.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CLEAR CHANNEL OUTDOOR HOLDINGS, INC.**    represented by    **JACQUELINE R. BARRETT**
(See above for address)
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-00805-JLS but none satisfy the selection criteria.

| PACER Service Center |
| --- |
| Transaction Receipt |
| 03/24/2025 10:05:37 |

Appx. 180

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:22-cv-00807-JFL

FOGEL v. HEARING HEALTH PA, LLC et al
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR
Cause: 29:621 Job Discrimination (Age)

Date Filed: 03/03/2022
Date Terminated: 09/07/2022
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**TARA FOGEL**

represented by **DANIEL S. ORLOW**
CONSOLE MATTIACI LAW, LLC
1525 LOCUST STREET, 9TH LOOR
PHILADELPHIA, PA 19102
PHILADELPHIA, PA 19102
215-545-7676
Fax: 215-689-2110
Email: orlow@consolelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HEARING HEALTH PA, LLC**

represented by **JAMES N. BOUDREAU**
GREENBERG TRAURIG LLP
1717 ARCH STREET
SUITE 400
PHILADELPHIA, PA 19103
215-988-7833
Fax: 215-988-7801
Email: james.boudreau@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BELSONO MANAGEMENT GROUP, LLC**

represented by **JAMES N. BOUDREAU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALPACA GROUP HOLDINGS**

represented by **JAMES N. BOUDREAU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADVANCED HEARING CARE**

represented by **JAMES N. BOUDREAU**
(See above for address)
*ATTORNEY TO BE NOTICED*

Appx. 181

Case 2:22-cv-00997-JDC Document 114-9 Page Filed 04/17/2025 Page 74 of 121

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00812-JFM

LOUIS v. OWEN J. ROBERTS SCHOOL DISTRICT et al
Assigned to: DISTRICT JUDGE JOHN F MURPHY
Cause: 42:1983 Civil Rights Act

Date Filed: 03/03/2022
Date Terminated: 05/12/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**MAXWELL LOUIS**

represented by **MICHAEL F. BARRETT**
Barrett DeAngelo LLC
380 Beagle Road
West Chester, PA 19382
215-882-3443
Fax: 215-525-0254
Email: michael@barrettdeangelo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OWEN J. ROBERTS SCHOOL DISTRICT**

represented by **JOSEPH J. SANTARONE , JR.**
Marshall Dennehey, P.C.
2000 Market Street
Ste 2300
Philadelphia, PA 19103
215-575-2626
Fax: 215-575-0856
Email: jjsantarone@mdwcg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**STEPHEN E. RAUGHT**

represented by **STEPHEN E. RAUGHT**
3004 VILLAGE CIRCLE WEST
YORK, PA 17404
610-914-8756
Email: sraughtojrsd@gmail.com
PRO SE

# There are proceedings for case 5:22-cv-00812-JFM but none satisfy the selection criteria.

**PACER Service Center**

Appx. 182

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00818-EGS

STICHTER v. CITY OF READING
Assigned to: DISTRICT JUDGE EDWARD G. SMITH
Referred to: MAGISTRATE JUDGE ELIZABETH T. HEY
(Settlement)
Cause: 29:621 Job Discrimination (Age)

Date Filed: 03/04/2022
Date Terminated: 04/06/2023
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**ROBERT J. STICHTER**                      represented by   **JILL E. NAGY**
SUMMERS NAGY LAW OFFICES
35 SOUTH DUKE ST
YORK, PA 17401
717-812-8100
Email: jnagy@summersnagy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SEAN E. SUMMERS**
SUMMERS NAGY LAW OFFICE
200 SPRING RIDGE DR
SUITE 202
WYOMISSING, PA 19610
610-939-9866
Email: ssummers@summersnagy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CITY OF READING**                         represented by   **DAVID J. MACMAIN**
MacMain Leinhauser PC
433 W. Market Street
Suite 200
19382
West Chester, PA 19382
484-318-7106
Email: dmacmain@macmainlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAURIE ANN FIORE**
MacMain Leinhauser PC
433 W. Market Street
Suite 200
West Chester, PA 19382

Appx. 183

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00846-JLS

| | |
|---|---|
| KULP v. MEIER SUPPLY COMPANY, INC. | Date Filed: 03/07/2022 |
| Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL | Date Terminated: 11/02/2022 |
| Cause: 42:2000e Job Discrimination (Employment) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ROBIN KULP**     represented by   **BRIAN FARRELL**
The Gold Law Firm, P.C.
1835 Market Street
Suite 515
Philadelphia, PA 19103
215-569-1999
Fax: 215-569-3870
Email: bfarrell@discrimlaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MEIER SUPPLY COMPANY, INC.**     represented by   **ZACHARY D. MORAHAN**
COUGHLIN & GERHART LLP
99 CORPORATE DRIVE
BINGHAMTON, NY 13904
607-723-9511
Email: zmorahan@cglawoffices.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-00846-JLS but none satisfy the selection criteria.

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 10:07:34 | | |
| **PACER Login:** | ▉▉▉▉ | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 5:22-cv-00846-JLS Start date: 3/23/2025 End date: 3/23/2025 |

Appx. 184

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00858-EGS

| | |
|---|---|
| SMITH v. ISAAC'S DELI, INC. et al | Date Filed: 03/07/2022 |
| Assigned to: DISTRICT JUDGE EDWARD G. SMITH | Date Terminated: 10/20/2022 |
| Referred to: MAGISTRATE JUDGE ELIZABETH T. HEY (Settlement) | Jury Demand: Defendant |
| Cause: 28:451 Employment Discrimination | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**LORI SMITH**     represented by     **NINA B. SHAPIRO**
53 N. DUKE ST
STE 201
LANCASTER, PA 17602
717-399-8720
Fax: 717-399-8744
Email: bgdnbs@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ISAAC'S DELI, INC.**     represented by     **STEPHEN J. FLEURY , JR.**
Saxton & Stump LLC
100 Deerfield Lane
Suite 240
Malvern, PA 19355
484-328-8553
Email: sjf@saxtonstump.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ISAAC'S RESTAURANT AND DELI, INC.**     represented by     **STEPHEN J. FLEURY , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**D. MICHAEL WEAVER**     represented by     **STEPHEN J. FLEURY , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DORRIE COUROGEN**     represented by     **STEPHEN J. FLEURY , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

Appx. 185

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00928-JMG

HARGROVE v. TOWER HEALTH URGENT CARE, LLC

Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER

Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 03/11/2022
Date Terminated: 09/06/2022
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**NAKILA HARGROVE**

represented by **MICHAEL PATRICK MURPHY , JR.**
MURPHY LAW GROUP LLC
EIGHT PENN CENTER SUITE 2000
1628 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103
215-375-0961
Email:
murphy@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

**Mary Kramer**
Murphy Law Group
Murphy Law Group
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
267-273-1054
Email:
mkramer@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TOWER HEALTH URGENT CARE, LLC**

represented by **WADE D. ALBERT**
Stevens & Lee, P.C.
1500 Market Street
East Tower, Suite 1800
PHILADELPHIA, PA 19102
215-751-2873
Fax: 610-371-7937
Email: wade.albert@stevenslee.com
*ATTORNEY TO BE NOTICED*

Appx. 186

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00983-JMG

FOXWORTH v. WAKEFERN FOOD CORPORATION
Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 03/15/2022
Date Terminated: 02/01/2023
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**RONALD FOXWORTH**

represented by **SAMUEL A. DION**
DION AND GOLDBERGER
1845 WALNUT ST., SUITE 1199
PHILADELPHIA, PA 19103
215-546-6033
Fax: 215-546-6269
Email: samueldion@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WAKEFERN FOOD CORPORATION**

represented by **WAYNE E. PINKSTONE**
OGLETREE, DEAKINS, NASH, SMOAK,
& STEWART. P.C
1735 MARKET STREET
SUITE 200
PHILADELPHIA, PA 19103
215-995-2803
Fax: 215-995-2801
Email: wayne.pinkstone@ogletree.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JENALEIGH CASTANO**
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
1735 Market Street
Suite 3000
Philadelphia, PA 19103
215-995-2828
Fax: 215-995-2801
Email: jenaleigh.castano@ogletree.com
*ATTORNEY TO BE NOTICED*

Appx. 187

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-01001-EGS

RIVERA v. ST. LUKE'S PHYSICIAN GROUP, INC.
Assigned to: DISTRICT JUDGE EDWARD G. SMITH
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 03/16/2022
Date Terminated: 04/29/2022
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**KAYLA RIVERA**                    represented by   **SAMUEL A. DION**
DION AND GOLDBERGER
1845 WALNUT ST., SUITE 1199
PHILADELPHIA, PA 19103
215-546-6033
Fax: 215-546-6269
Email: samueldion@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ST. LUKE'S PHYSICIAN GROUP, INC.**   represented by   **DAVID M. STECKEL**
Flamm Walton Heimbach
5050 W. Tilghman Street
Suite 410
Allentown, PA 18104
610-336-6800
Email: dsteckel@flblaw.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:22-cv-01001-EGS but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 10:09:15 | | |
| **PACER Login:** | ▮▮▮▮ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-01001-EGS Start date: 3/23/2025 End date: 3/23/2025 |

Appx. 188

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-01011-JFL

RESSEL v. UPPER PROVIDENCE TOWNSHIP
(MONTGOMERY COUNTY)
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 03/16/2022
Date Terminated: 11/22/2022
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans
with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**RICHARD P. RESSEL, JR.**                     represented by   **ANDREW OLCESE**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: aolcese@karpf-law.com
*ATTORNEY TO BE NOTICED*

**SAMANTHA P. MARTIN**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: smartin@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UPPER PROVIDENCE TOWNSHIP**             represented by   **ANDREW M. RONGAUS**
**(MONTGOMERY COUNTY)**                                     Siana Law
Ludwigs Corner Professional Center
941 Pottstown Pike, Suite 200

Appx. 189

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-01034-JLS

| | |
|---|---|
| Gardner v. KUTZTOWN UNIVERSITY et al | Date Filed: 03/17/2022 |
| Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL | Date Terminated: 01/21/2025 |
| related Cases: 5:21-cv-05032-JLS | Jury Demand: Both |
| 5:22-cv-05002-JLS | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| Case in other court: Third Circuit, 25-01295 | Jurisdiction: Federal Question |
| Third Circuit, 25-01310 | |
| Cause: 28:1331 Fed. Question: Employment Discrimination | |

**Plaintiff**

**Carolyn Gardner**                     represented by     **RALPH E. LAMAR , IV**
Ralph E. Lamar
4728 Hamilton Blvd.
Allentown, PA 18103
610-563-0726
Email: ralphlamar@ymail.com
*ATTORNEY TO BE NOTICED*

**LORRIE MCKINLEY**
MCKINLEY & RYAN LLC
238 WEST MINER ST
WEST CHESTER, PA 19382
610-436-6060
Fax: 610-436-6804
Email: lmckinley@mckinleyryan.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KUTZTOWN UNIVERSITY**              represented by     **KEVIN R. BRADFORD**
OFFICE OF THE ATTORNEY GENERAL
1600 Arch Street
3RD FLOOR
PHILADELPHIA, PA 19103
215-560-2262
Fax: 717-772-4526
Email: kbradford@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW R. SKOLNIK**
PA OFFICE OF ATTORNEY GENERAL
1600 ARCH ST SUITE 300
PHILADELPHIA, PA 19103-2016
215-560-2136

Appx. 190

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-01073-EGS

WILSON v. PAVELKO, et al
Assigned to: DISTRICT JUDGE EDWARD G. SMITH
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 03/21/2022
Date Terminated: 06/17/2022
Jury Demand: None
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**GARY L. WILSON**

represented by **MARK S. SCHEFFER**
LAW OFFICES OF MARK S. SCHEFFER
POBOX 111
BIRCHRUNVILLE, PA 19421
610-915-8351
Email: marksscheffer@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SEED DEVELOPMENT, INC.**

**Defendant**

**MATTHEW PAVELKO**

# There are proceedings for case 5:22-cv-01073-EGS but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2025 10:11:13 | | | |
| PACER Login: | ████ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:22-cv-01073-EGS Start date: 3/23/2025 End date: 3/23/2025 |
| Billable Pages: | 1 | Cost: | 0.10 |

Appx. 191

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-01101-JFL

MCCLARIN v. NATIONAL ALLIANCE FOR PARTNERSHIPS IN EQUITY
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR
Cause: 42:1981 Job Discrimination (Race)

Date Filed: 03/22/2022
Date Terminated: 09/20/2022
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**JANAY MCCLARIN**                     represented by   **ALLISON AILEEN BARKER**
Karpf, Karpf, & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: abarker@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NATIONAL ALLIANCE FOR PARTNERSHIPS IN EQUITY EDUCATION FOUNDATION, INC.**                     represented by   **PREEYA BANSAL**
Jackson Lewis P.C.
1601 Cherry Street
Ste 1350
Philadelphia, PA 19102
267-319-7802
Email: Preeya.Bansal@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TRACY A. WALSH**
WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

Appx. 192

Case 2:22-cv-01111-JLS Document 14 Page 62 of 123 Filed 04/16/2025

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-01111-JLS

TAYLOR v. FULTON TOWNSHIP
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Cause: 29:621 Job Discrimination (Age)

Date Filed: 03/23/2022
Date Terminated: 12/07/2022
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**WILLIAM TAYLOR**                    represented by  **SIDNEY L. GOLD**
The Gold Law Firm, P.C.
1835 Market Street
Suite 515
Philadelphia, PA 19103
215-569-1999
Fax: 215-569-3870
Email: sgold@discrimlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM RIESER**
The Gold Law Firm, P.C.
1835 Market Street
Suite 515
Philadelphia, PA 19103
215-569-1999
Fax: 215-569-3870
Email: brieser@discrimlaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FULTON TOWNSHIP**                    represented by  **DAVID J. MACMAIN**
MacMain Leinhauser PC
433 W. Market Street
Suite 200
19382
West Chester, PA 19382
484-318-7106
Email: dmacmain@macmainlaw.com
*ATTORNEY TO BE NOTICED*

**Stephen Gage Rhoads**
MacMain Leinhauser PC
433 W. Market St. Suite 200

Appx. 193

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:22-cv-01168-EGS

STEIN v. ENVISION PHYSICIAN SERVICES et al
Assigned to: DISTRICT JUDGE EDWARD G. SMITH
Referred to: MAGISTRATE JUDGE ELIZABETH T. HEY
(Settlement)
all others Case: 5:20-cv-04332-EGS
Cause: 29:621 Job Discrimination (Age)

Date Filed: 03/28/2022
Date Terminated: 07/29/2022
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**WALTER STEIN**
*MD*

represented by   **CLETUS P. LYMAN**
1612 LATIMER STREET
PHILA, PA 19103-6307
Email: cletus@lymanash.com
*ATTORNEY TO BE NOTICED*

**MICHAEL S. FETTNER**
1612 LATIMER STREET
PHILA, PA 19103
TEL 215-732-7040
Email: michael@lymanash.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ENVISION PHYSICIAN SERVICES**

represented by   **EMILY SANTORO**
Ogletree Deakins
1735 Market Street
Suite 3000
Philadelphia, PA 19103
215-995-2838
Email: emily.santoro@ogletreedeakins.com
*ATTORNEY TO BE NOTICED*

**PHILIP K. KONTUL**
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
One PPG Place
Suite 1900
Pittsburgh, PA 15222
412-394-3352
Fax: 412-232-1799
Email: philip.kontul@ogletree.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Appx. 194

# EXHIBIT
# 5

| Summary of Attorney Appearance Data in Civil Rights Cases Filed January 1, 2022 – March 31, 2022 and Assigned to Allentown, Easton, or Reading | | | |
|---|---|---|---|
| **Plaintiffs' Attorneys' Office Location By Attorney Appearances** | | **Plaintiffs' Attorneys' Office Location By Case** | |
| Allentown Region[1] | 5 (8%) | Cases with at least one plaintiff's attorney from Allentown Region | 5 (15%) |
| Philadelphia Region[2] | 49 (79%) | All other cases with a represented plaintiff | 29 (85%) |
| Outside E.D. Pa. | 8 (13%) | | |
| TOTAL | 62 | TOTAL | 34 |

[1] Berks, Lancaster, Lehigh, and Northampton Counties

[2] Philadelphia, Bucks, Chester, Delaware, and Montgomery Counties

Appx. 196

**Case: 22-1499**
Attorney Appearance Data - Civil Rights Cases Filed
January 1, 2022 – March 31, 2022 and Assigned to Allentown, Easton, or Reading

| Case Number | Title | Judge | Plaintiff's Counsel | Office Location | County | By Attorney Appearances* | | | Does Case Have Lawyer From Allentown Region | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Phila. | Allen. | Not EDPa | Yes | No |
| 5:22-cv-00041-JLS | MAHONEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED v. JAINDL FARMS, LLC | JEFFREY L. SCHMEHL | David Glanzberg | Philadelphia, PA 19109 | Philadelphia | X | | | | X |
| 5:22-cv-00154-GEKP | FRONHEISER et al v. PENNSYLVANIA DEPARTMENT OF MILITARY AFFAIRS | GENE E.K. PRATTER | D. AARON RIHN / ROBERT F. DALEY | PITTSBURGH, PA 15219 / PITTSBURGH, PA 15219 | Allegheny / Allegheny | | | X  X | | X |
| 5:22-cv-00176-JLS | TOBIN v. EAST PENN MANUFACTURING CO., INC. | JEFFREY L. SCHMEHL | Andrew Jordan Schreiber / MICHAEL PATRICK MURPHY, JR. | Philadelphia, PA 19103 | Philadelphia | X | | | | X |
| 5:22-cv-00217-JLS | Biniek v. PA Health Management | JEFFREY L. SCHMEHL | MARY E. LEMIEUX-FILLERY / Paul Carrion | PHILADELPHIA, PA 19103 / Blue Bell, PA 19403 | Philadelphia / Montgomery | X  X | | | | X |
| 5:22-cv-00227-JFM | GF INDUSTRIES OF MISSOURI, LLC v. LEHIGH VALLEY GENOMICS, LLC | JOHN F MURPHY | BRIANA LYNN PEARSON / FRANCIS X. TANEY , JR. | Philadelphia, PA 19102 / CHERRY HILL, NJ 08003 | Philadelphia / Camden, NJ | X | | X | | X |
| 5:22-cv-00228-JMG | Nelson v. Bollman Hat Factory | JOHN M. GALLAGHER | LARRY W. MILLER , JR. | WEST LAWN, PA 19609 | Berks | | X | | X | |
| 5:22-cv-00273-EGS | LEONARD v. FLEUR DE LAT EAST LLC | EDWARD G. SMITH | EDWARD C. SWEENEY | Exton, PA 19341 | Chester | X | | | | X |
| 5:22-cv-00281-EGS | MCKELVIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. BOSCOVS, INC. et al | EDWARD G. SMITH | James M. LaMarca / NICHOLAS A. COLELLA / GARY F. LYNCH | Pittsburgh, PA 15222 / Pittsburgh, PA 15222 / Pittsburgh, PA 15222 | Allegheny / Allegheny / Allegheny | | | X  X  X | | X |
| 5:22-cv-00285-JLS | MANCO v. St. Joseph's University et al | JEFFREY L. SCHMEHL | JOSEPH M. TODDY / JONATHAN D. WEISS / Scott Adam Zlotnick | PHILADELPHIA, PA 19102 / Philadelphia, PA 19103 / Philadelphia, PA 19103 | Philadelphia / Philadelphia / Philadelphia | X  X  X | | | | X |
| 5:22-cv-00290-MRP | KINNEY v. LOUIS et al | MIA ROBERTS PEREZ | ROBERT E. GOLDMAN | ALLENTOWN, PA 18101 | Lehigh | | X | | X | |
| 5:22-cv-00335-JLS | ROSE v. CHRISTIAN et al | JEFFREY L. SCHMEHL | PRO SE | | | | | | | X |
| 5:22-cv-00397-JLS | MIGLIORI et al v. LEHIGH COUNTY BOARD OF ELECTIONS | JEFFREY L. SCHMEHL | STEPHEN A. LONEY , JR. / MARIAN K. SCHNEIDER / RICHARD TSAI TING / WITOLD J. WALCZAK | Philadelphia, PA 19102 / Philadelphia, PA 19102 / Pittsburgh, PA 15222 / Philadelphia, PA 19102 | Philadelphia / Philadelphia / Allegheny / Philadelphia | X  X  X | | X | | X |
| 5:22-cv-00405-JLS | SCHWARTZ v. RAS LOGISTICS, INC. | JEFFREY L. SCHMEHL | JULIA W. CLARK | BENSALEM, PA 19020 | Bucks | X | | | | X |
| 5:22-cv-00406-JFL | PRZYBEMSKI v. READING HOSPITAL et al | JOSEPH F. LEESON, JR. | CAREN N. GURMANKIN | PHILADELPHIA, PA 19102 | Philadelphia | X | | | | X |
| 5:22-cv-00452-JS | GIORDANO v. PANELLA | JUAN R. SANCHEZ | STEPHANIE J. MENSING | Philadelphia, PA 19102 | Philadelphia | X | | | | X |
| 5:22-cv-00494-EGS | Andino v. Iron Tiger Logistics | EDWARD G. SMITH | DAVID M. KOLLER | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:22-cv-00564-EGS | FIORE v. AIR LIQUIDE ADVANCED MATERIALS, INC. | EDWARD G. SMITH | CHRISTINE E. BURKE | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |

Case 5:22-cv-00397-JLS    Document 99-1    Filed 03/24/25    Page 65 of 121

Case: 22-1499    Document: 114    Page: 67    Date Filed: 11/17/2025
Attorney Appearance Data - Civil Rights Cases Filed
January 1, 2022 – March 31, 2022 and Assigned to Allentown, Easton, or Reading

| Case Number | Title | Judge | Plaintiff's Counsel | Office Location | County | By Attorney Appearances* | | | Does Case Have Lawyer From Allentown Region | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Phila. | Allen. | Not EDPa | Yes | No |
| 5:22-cv-00617-JLS | GULICK v. ADVANCED DERMATOLOGY ASSOCIATES, LTD. | JEFFREY L. SCHMEHL | ARI RISSON KARPF; TIMOTHY S. SEILER; ANDREW OLCESE; Robert B. Koehler | Feasterville-Trevose, PA 19053; Feasterville-Trevose, PA 19053; Feasterville-Trevose, PA 19053; Bensalem, PA 19020 | Bucks; Bucks; Bucks; Bucks | X | | | | X |
| 5:22-cv-00683-JLS | RIOS | JEFFREY L. SCHMEHL | PRO SE; ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:22-cv-00699-JMG | JOHN DOE 1 and JANE DOE 1, in their own Capacity and as parents of CHILD DOE 1 et al | JOHN M. GALLAGHER | IAN MUSSELMAN | RICHBORO, PA 18954 | Bucks | X | | | | X |
| 5:22-cv-00740-JMG | PARIS v. MITSUBISHI CHEMICAL ADVANCED MATERIALS, INC. | JOHN M. GALLAGHER | W. CHARLES SIPIO; ANDREW OLCESE; ALLISON AILEEN BARKER | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:22-cv-00805-JLS | FIDAGO v. CLEAR CHANNEL OUTDOOR LLC et al | JEFFREY L. SCHMEHL | ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:22-cv-00807-JFL | FOGEL v. HEARING HEALTH PA, LLC et al | JOSEPH F. LEESON, JR. | ALISON VETRINI | Philadelphia, PA 19107 | Philadelphia | X | | | | X |
| 5:22-cv-00812-JMG | STICHTER v. CITY OF READING | JOHN F MURPHY | DANIEL S. ORLOW | PHILADELPHIA, PA 19102 | Philadelphia | X | | | | X |
| 5:22-cv-00818-EGS | LOUIS V. OWEN J. ROBERTS SCHOOL DISTRICT et al | EDWARD G. SMITH | MICHAEL F. BARRETT | West Chester, PA 19382 | Chester | X | | | | X |
| 5:22-cv-00846-JLS | KULP v. MEIER SUPPLY COMPANY, INC. | JEFFREY L. SCHMEHL | JILL E. NAGY; SEAN E. SUMMERS | YORK, PA 17401; WYOMISSING, PA 19610 | York; Berks | | X | X | X | |
| 5:22-cv-00858-EGS | SMITH v. ISAAC'S DELI, INC. et al | EDWARD G. SMITH | BRIAN FARRELL | Philadelphia, PA 19103 | Philadelphia | X | | | | X |
| 5:22-cv-00863-JMG | | JOHN M. GALLAGHER | NINA B. SHAPIRO | LANCASTER, PA 17602 | Lancaster | | | X | | X |
| 5:22-cv-00928-JMG | HARGROVE v. TOWER HEALTH URGENT CARE, LLC | JOHN M. GALLAGHER | MICHAEL PATRICK MURPHY, JR.; Mary Kramer | PHILADELPHIA, PA 19103; Philadelphia, PA 19103 | Philadelphia; Philadelphia | X | | | | X |
| 5:22-cv-00983-JMG | FOXWORTH v. WAKEFERN FOOD CORPORATION | JOHN M. GALLAGHER | SAMUEL A. DION | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:22-cv-01001-EGS | RIVERA v. ST. LUKE'S PHYSICIAN GROUP, INC. | EDWARD G. SMITH | SAMUEL A. DION | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:22-cv-01005-EGS | HOFFMAN v. KARPOVICH | EDWARD G. SMITH | PRO SE | | | | | | | X |
| 5:22-cv-01011-JFL | RESSEL v. UPPER PROVIDENCE TOWNSHIP (MONTGOMERY COUNTY) | JOSEPH F. LEESON, JR. | ANDREW OLCESE | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |

**Attorney Appearance Data - Civil Rights Cases Filed**
January 1, 2022 – March 31, 2022 and Assigned to Allentown, Easton, or Reading

| Case Number | Title | Judge | Plaintiff's Counsel | Office Location | County | By Attorney Appearances* | | | Does Case Have Lawyer From Allentown Region | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Phila. | Allen. | Not EDPa | Yes | No |
| 5:22-cv-00034-JLS | Gardner v. KUTZTOWN UNIVERSITY et al | JEFFREY L. SCHMEHL | SAMANTHA P. MARTIN | Feasterville-Trevose, PA 19053 | Bucks | X | | | | |
| | | | ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | |
| | | | RALPH E. LAMAR, IV | Allentown, PA 18103 | Lehigh | | X | | X | |
| | | | LORRIE MCKINLEY | WEST CHESTER, PA 19382 | Chester | X | | | | |
| 5:22-cv-01073-EGS | WILSON v. PAVELKO, et al | EDWARD G. SMITH | MARK S. SCHEFFER | BIRCHRUNVILLE, PA 19421 | Chester | X | | | | X |
| 5:22-cv-01101-JFL | MCCLARIN v. NATIONAL ALLIANCE FOR PARTNERSHIPS IN EQUITY | JOSEPH F. LEESON, JR. | ALLISON AILEEN BARKER | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:22-cv-01111-JLS | TAYLOR v. FULTON TOWNSHIP | JEFFREY L. SCHMEHL | ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | |
| | | | SIDNEY L. GOLD | Philadelphia, PA 19103 | Philadelphia | X | | | | |
| | | | WILLIAM RIESER | Philadelphia, PA 19103 | Philadelphia | X | | | | X |
| 5:22-cv-01168-EGS | STEIN v. ENVISION PHYSICIAN SERVICES et al | EDWARD G. SMITH | CLETUS P. LYMAN | PHILA, PA 19103 | Philadelphia | X | | | | |
| | | | MICHAEL S. FETTNER | PHILA, PA 19103 | Philadelphia | X | | | | X |
| | | | | | Totals: | 49 | 5 | 8 | 5 | 29 |
| | | | | | % | 79% | 8% | 13% | 15% | 85% |

* Phila. = Philadelphia, Bucks, Chester, Delaware, or Montgomery County
Allen. = Berks, Lancaster, Lehigh, or Northampton County
Not EDPa = locations outside the Eastern District of Pennsylvania

# EXHIBIT

# 6

# Civil Cases Report

## United States District Court -- Eastern District of Pennsylvania
### Filed Report Period: 1/1/2025 - 3/17/2025

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 5:21-cv-04598-JMG<br>**ZUCAL, ET AL. v. COUNTY OF LEHIGH, ET AL.** | *Case filed:* 10/20/2021<br>*Case closed:* 12/27/2024<br>*Case reopened:* 02/11/2025<br>*Case closed:* 02/12/2025 | | *Cause:* 28:1983 Civil Rights<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Both<br>*Case flags:* CLOSED,A/R |
| 5:21-cv-05032-JLS<br>**Oross v. KUTZTOWN UNIVERSITY et al** | *Case filed:* 11/15/2021<br>*Case closed:* 01/21/2025<br>*Case reopened:* 02/18/2025<br>*Case closed:* 02/19/2025 | | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* CLOSED |
| 5:22-cv-00227-JFM<br>**GF INDUSTRIES OF MISSOURI, LLC v. LEHIGH VALLEY GENOMICS, LLC** | *Case filed:* 01/18/2022<br>*Case closed:* 04/30/2024<br>*Case closed:* 05/10/2024<br>*Case reopened:* 05/10/2024<br>*Case closed:* 05/23/2024<br>*Case reopened:* 05/23/2024<br>*Case reopened:* 05/29/2024<br>*Case closed:* 05/30/2024<br>*Case closed:* 06/06/2024<br>*Case reopened:* 06/06/2024<br>*Case closed:* 06/26/2024<br>*Case reopened:* 06/26/2024<br>*Case reopened:* 01/24/2025<br>*Case closed:* 01/27/2025<br>*Case reopened:* 02/27/2025<br>*Case closed:* 02/28/2025 | | *Cause:* 42:1981 Civil Rights<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN F MURPHY<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| 5:22-cv-01034-JLS<br>**Gardner v. KUTZTOWN UNIVERSITY et al** | *Case filed:* 03/17/2022<br>*Case closed:* 01/21/2025<br>*Case reopened:* 01/21/2025 | | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Both<br>*Case flags:* CLOSED,APPEAL,A/R |

Appx. 201

| | | | |
|---|---|---|---|
| 5:24-cv-02772-JLS<br>**LEPOSA v. GLOBAL EMPLOYMENT USA et al** | *Case filed:* 06/25/2024<br>*Case closed:* 01/30/2025<br>*Case reopened:* 01/30/2025 | 47 | *Cause:* 42:2000 Job Discrimination (Sex)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Settlement:* CRAIG M. STRAW<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R,MJ-Settlement |
| 5:25-cv-00064-JLS<br>**Coaxum et al v. Northwestern Lehigh School District et al** | *Case filed:* 01/07/2025 | 70 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00072-CH<br>**MAST v. BARRY CALLEBAUT et al** | *Case filed:* 01/07/2025 | 70 | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00117-CH<br>**FORNIEL v. HAMATI-ATTIEH et al** | *Case filed:* 01/08/2025 | 69 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00132-CH<br>**MOSLEY v. TITANIUM METALS CORPORATION** | *Case filed:* 01/09/2025 | 68 | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* STAYED,A/R |
| 5:25-cv-00150-JFL<br>**MANLEY v. LANCASTER ARTS HOTEL LLC** | *Case filed:* 01/10/2025 | 67 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |

Appx. 202

Case 2:22-cv-00997-JDC Document 144-9 Filed 04/17/2025 Page 72 of 123 PageID #: 4121

| Case | Dates | | Cause |
|---|---|---|---|
| 5:25-cv-00213-CH<br>**LAWRENCE v. URBAN OUTFITTERS, INC.** | *Case filed:* 01/13/2025 | 64 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00228-JLS<br>**PINSLEY v. TRUMP et al** | *Case filed:* 01/14/2025<br>*Case closed:* 01/15/2025<br>*Case reopened:* 01/30/2025<br>*Case closed:* 01/31/2025 | | *Cause:* 42:1971 Voting Rights Law<br>*NOS:* 441<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R,PS-C |
| 5:25-cv-00232-CH<br>**BLOCKSON v. MORAVIAN UNIVERSITY** | *Case filed:* 01/14/2025 | 63 | *Cause:* 42:2000 Job Discrimination (Race)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00248-CH<br>**MCCRAY v. FEDEX GROUND PACKAGE SYSTEM, INC.** | *Case filed:* 01/15/2025 | 62 | *Cause:* 42:1981 Civil Rights<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00314-JLS<br>**P.P. et al v. BOYERTOWN AREA SCHOOL DISTRICT** | *Case filed:* 01/18/2025 | 59 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 448<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* None<br>*Case flags:* A/R |
| 5:25-cv-00319-CH<br>**Ferlance v. TRUGREEN LIMITED PARTNERSHIP** | *Case filed:* 01/20/2025 | 57 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00348-JFL<br>**PEREZ v. KENCO** | *Case filed:* 01/21/2025 | 56 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990 |

Appx. 203

| | | | |
|---|---|---|---|
| MANAGEMENT SERVICES, LLC | | | *NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* None<br>*Case flags:* A/R |
| 5:25-cv-00352-CH<br>**BRACERO v. AVIENT CORPORATION** | *Case filed:* 01/21/2025 | 56 | *Cause:* 28:451 Employment Discrimination<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00424-JMG<br>**CANTA v. CHUCK'S AUTO SALVAGE, INC.** | *Case filed:* 01/24/2025 | 53 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00446-CH<br>**AYALA v. SHI et al** | *Case filed:* 01/24/2025<br>*Case closed:* 03/13/2025 | | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| 5:25-cv-00463-JMG<br>**ROLON v. AMAZON.COM SERVICES LLC** | *Case filed:* 01/28/2025 | 49 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00464-JFL<br>**FRANCISCO v. HERTZOG et al** | *Case filed:* 01/28/2025 | 49 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* None<br>*Case flags:* A/R,PS-C,PSLC-DP,PSO |

Appx. 204

| | | | |
|---|---|---|---|
| **5:25-cv-00499-CH**<br>**ORTA v. WHELAN**<br>**SECURITY CO. et al** | *Case filed:* 01/29/2025 | 48 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| **5:25-cv-00527-JMG**<br>**RAHN v. COUNTY OF**<br>**LEHIGH** | *Case filed:* 01/30/2025 | 47 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| **5:25-cv-00542-JLS**<br>**SIMONONIS v. SAUCON**<br>**VALLEY SCHOOL**<br>**DISTRICT et al** | *Case filed:* 01/31/2025 | 46 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Settlement:* CRAIG M. STRAW<br>*Jury demand:* Defendant<br>*Case flags:* A/R,MJ-Settlement |
| **5:25-cv-00556-JFL**<br>**DIEM v. COMMUNITY**<br>**ACTION PARTNERSHIP OF**<br>**LANCASTER COUNTY** | *Case filed:* 02/02/2025 | 44 | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* None<br>*Case flags:* A/R |
| **5:25-cv-00564-JFL**<br>**BLOSSOM MEDSPA LLC v.**<br>**BLUME MED SPA LLC et al** | *Case filed:* 02/03/2025<br>*Case closed:* 02/12/2025 | | *Cause:* 28:1331 Fed. Question: Breach of Contract<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* Defendant<br>*Case flags:* CLOSED,A/R |
| **5:25-cv-00565-JFL**<br>**GARCIA v. QUAKER MAID**<br>**MEATS, INC.** | *Case filed:* 02/03/2025 | 43 | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR. |

Appx. 205

| | | | |
|---|---|---|---|
| | | | *Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00568-JFL<br>**RIVERA v. TRUMP et al** | *Case filed:* 02/01/2025 | 45 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* None<br>*Case flags:* A/R,PS-C,PSLC-BB,PSO |
| 5:25-cv-00584-JLS<br>**Klingaman v. J.&R. Schugel Trucking et al** | *Case filed:* 02/03/2025 | 43 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00608-JLS<br>**BOLAJI-ADIO v. PAYPAL, INC.** | *Case filed:* 02/04/2025 | 42 | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00624-JLS<br>**RODRIGUEZ v. MONTGOMERY ARC** | *Case filed:* 02/04/2025 | 42 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* None<br>*Case flags:*<br>STAYED,A/R,EPANEL,PS-C,PSLC-DC,PSO |
| 5:25-cv-00683-CH<br>**STEMMONS v. WALMART ET AL et al** | *Case filed:* 02/07/2025<br>*Case closed:* 02/21/2025 | | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R,PS-C,PSLC-SK,PSO |
| 5:25-cv-00715-CH<br>**CRAMMER v. ANIMAL RESCUE LEAGUE et al** | *Case filed:* 02/10/2025 | 36 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question |

Appx. 206

| | | | |
|---|---|---|---|
| | | | *Presider:* CATHERINE HENRY<br>*Jury demand:* None<br>*Case flags:* A/R,PS-C,PSLC-TT,PSO |
| 5:25-cv-00741-JMG<br>**BONGE v. REGION, LLC et al** | *Case filed:* 02/12/2025<br>*Case closed:* 03/12/2025 | | *Cause:* 28:1441 Notice of Removal - Employment Discrimination<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* None<br>*Case flags:* CLOSED,A/R |
| 5:25-cv-00754-CH<br>**ALSTON v. UNITED PARCEL SERVICE, INC.** | *Case filed:* 02/12/2025 | 34 | *Cause:* 42:1981 Job Discrimination (Race)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00759-JLS<br>**Singleton-Wall v. Acadia Healthcare** | *Case filed:* 02/12/2025 | 34 | *Cause:* 42:1981 Job Discrimination (Race)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-00835-JLS<br>**LLOYD v. WOLF & KLINE PROPERTY MANAGEMENT INC. et al** | *Case filed:* 02/13/2025 | 33 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 443<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* None<br>*Case flags:* A/R,PS-C,PSO |
| 5:25-cv-00836-JMG<br>**MITCHELL et al v. KMEL et al** | *Case filed:* 02/13/2025<br>*Case closed:* 02/27/2025 | | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Defendant<br>*Case flags:* CLOSED,A/R,PS-C,PSO |
| 5:25-cv-00906-JMG<br>**JONES-BROWN v. LANDIS HOMES NURSING &** | *Case filed:* 02/25/2025 | 21 | *Cause:* 42:2000 Job Discrimination (Race)<br>*NOS:* 442 |

Appx. 207

| | | | |
|---|---|---|---|
| **REHABILITATION FACILITY** | | | *Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* None<br>*Case flags:* STAYED,A/R,EPANEL,PS-C,PSLC-MS,PSO |
| 5:25-cv-00957-JMG<br>**VARGAS et al v. BERKS COUNTY CHILDREN AND YOUTH SERVICES et al** | *Case filed:* 02/21/2025 | 25 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R,PS-C,PSLC-BB,PSO |
| 5:25-cv-00976-JFL<br>**Paredes v. GEODIS LOGISTICS, LLC.** | *Case filed:* 02/24/2025 | 22 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-01005-JFL<br>**GARCIA-SANTIAGO v. VINART ENTERPRISES, INC.** | *Case filed:* 02/26/2025 | 20 | *Cause:* 28:451 Employment Discrimination<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* Defendant<br>*Case flags:* A/R |
| 5:25-cv-01064-CH<br>**SCHULTZ v. KIDSPEACE CHILDREN'S HOSPITAL et al** | *Case filed:* 02/28/2025 | 18 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* CATHERINE HENRY<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| 5:25-cv-01071-JMG<br>**PLOHOCKI v. LEHIGH UNIVERSITY** | *Case filed:* 02/28/2025 | 18 | *Cause:* 42:2000e Job Discrimination (Employment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |

| | | | |
|---|---|---|---|
| **5:25-cv-01107-JLS**<br>**KERY v. CITY OF BETHLEHEM** | *Case filed:* 03/03/2025 | 15 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Settlement:* CRAIG M. STRAW<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R,MJ-Settlement |
| **5:25-cv-01110-JFL**<br>**SOUILLIARD v. HAWKEE** | *Case filed:* 02/28/2025 | 18 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOSEPH F. LEESON, JR.<br>*Jury demand:* None<br>*Case flags:* A/R,PS-C,PSLC-SK,PSO |
| **5:25-cv-01127-JMG**<br>**KMEL v. MITCHELL** | *Case filed:* 03/03/2025 | 15 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R,PS-C,PSLC-DC,PSO |
| **5:25-cv-01147-JLS**<br>**HAGARTY v. PEN ARGYL AREA SCHOOL DISTRICT et al** | *Case filed:* 03/04/2025 | 14 | *Cause:* 42:12101 The Americans with Disabilities Act of 1990<br>*NOS:* 445<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JEFFREY L. SCHMEHL<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| **5:25-cv-01216-JMG**<br>**PEREZ v. CARPENTER TECHNOLOGY CORPORATION** | *Case filed:* 03/06/2025 | 12 | *Cause:* 42:2000 Job Discrimination (Race)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question<br>*Presider:* JOHN M. GALLAGHER<br>*Jury demand:* Plaintiff<br>*Case flags:* A/R |
| **5:25-cv-01263-CH**<br>**MONTICELLO v. KELLY IMPORTS, INC. et al** | *Case filed:* 03/10/2025 | 8 | *Cause:* 42:2000 Job Discrimination (Sexual Harassment)<br>*NOS:* 442<br>*Office:* Allentown<br>*Jurisdiction:* Federal Question |

| | | | Presider: CATHERINE HENRY |
|---|---|---|---|
| | | | Jury demand: Plaintiff |
| | | | Case flags: A/R |
| 5:25-cv-01299-JMG **SANTIAGO v. NFI INDUSTRIES, INC. et al** | Case filed: 03/11/2025 | 7 | Cause: 42:2000 Job Discrimination (Sex) NOS: 442 Office: Allentown Jurisdiction: Federal Question Presider: JOHN M. GALLAGHER Jury demand: Plaintiff Case flags: A/R |
| 5:25-cv-01302-JFL **WHITE v. P.C. HAINES, INC.** | Case filed: 03/11/2025 | 7 | Cause: 42:12101 The Americans with Disabilities Act of 1990 NOS: 445 Office: Allentown Jurisdiction: Federal Question Presider: JOSEPH F. LEESON, JR. Jury demand: Plaintiff Case flags: A/R |
| 5:25-cv-01403-CH **REYNOLDS et al v. BRELIN et al** | Case filed: 03/14/2025 | 4 | Cause: 28:1442 Notice of Removal NOS: 440 Office: Allentown Jurisdiction: Federal Question Presider: CATHERINE HENRY Jury demand: None Case flags: A/R, PS-C, PSLC-AP, PSO |
| 5:25-cv-01406-JFL **MASON v. THE U GROUP et al** | Case filed: 03/17/2025 | 1 | Cause: 28:1331 Fed. Question: Employment Discrimination NOS: 442 Office: Allentown Jurisdiction: Federal Question Presider: JOSEPH F. LEESON, JR. Jury demand: Plaintiff Case flags: A/R |
| 5:25-cv-01411-CH **Greenfield v. Genesis Healthcare** | Case filed: 03/17/2025 | 1 | Cause: 28:451 Employment Discrimination NOS: 442 Office: Allentown Jurisdiction: Federal Question Presider: CATHERINE HENRY Jury demand: Plaintiff Case flags: A/R |

**Total number of cases reported:** 56

## Selection Criteria for Report

| Office | Allentown |
|---|---|
| Case Type | All |
| Nature of Suit | 444: Civil Rights Welfare<br>443: Civil Rights: Accommodations<br>445: Civil Rights: Americans with Disabilities - Employment<br>446: Civil Rights: Americans with Disabilities - Other<br>448: Civil Rights: Education<br>442: Civil Rights: Employment<br>440: Civil Rights: Other<br>441: Civil Rights: Voting |
| Cause | All |
| Jurisdiction | All |
| JPML | All |
| Filed Date | 1/1/2025 - 3/17/2025 |
| Case Flags | All |
| Terminal Digits | All |
| Open Cases | Yes |
| Closed Cases | Yes |
| Sort by | case number |

<table>
<tr><td colspan="4" align="center"><b>PACER Service Center</b></td></tr>
<tr><td colspan="4" align="center"><b>Transaction Receipt</b></td></tr>
<tr><td colspan="4" align="center">03/18/2025 14:39:56</td></tr>
<tr><td><b>PACER Login:</b></td><td>██████</td><td><b>Client Code:</b></td><td></td></tr>
<tr><td><b>Description:</b></td><td>Civil Cases Report</td><td><b>Search Criteria:</b></td><td>Filed From: 1/1/2025<br>Filed To: 3/17/2025</td></tr>
<tr><td><b>Billable Pages:</b></td><td>13</td><td><b>Cost:</b></td><td>1.30</td></tr>
</table>

Appx. 211

# EXHIBIT
# 7

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00064-JLS

Coaxum et al v. Northwestern Lehigh School District et al

Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL

Demand: $150,000

Cause: 42:1983 Civil Rights Act

Date Filed: 01/07/2025

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**Andrea Coaxum**
*Individually and as Parent and Natural Guardian of W.C. and T.C., her minor children*

represented by **JONATHAN P. RIBA**
GOLDMAN LAW OFFICES
90 E. STATE STREET
DOYLESTOWN, PA 18901
215-348-2605
Fax: 215-348-5247
Email: riba@goldmanlawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM L. GOLDMAN , JR.**
LAW OFFICES OF WILLIAM L. GOLDMAN PC
90 EAST STATE STREET
P.O. BOX 1989
DOYLESTOWN, PA 18901
215-348-3160
Email: goldman@goldmanlawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Yost**
*Individually and as Parent and Natural Guardian of M.H., E.H., and P.H., her minor children*

represented by **JONATHAN P. RIBA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM L. GOLDMAN , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Northwestern Lehigh School District**

represented by **JOHN E. FREUND , III**
KING, SPRY, HERMAN, FREUND & FAUL, LLC
ONE WEST BROAD STREET, SUITE 700

Appx. 213

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00072-CH

MAST v. BARRY CALLEBAUT et al
Assigned to: DISTRICT JUDGE CATHERINE HENRY
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 01/07/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**CORY MAST**                                    represented by    **MATTHEW MOBILIO**
Mobilio Wood
4728 Hamilton Boulevard
Allentown, PA 18103
610-882-4000
Fax: 866-793-7665
Email: matt@mobiliowood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BARRY CALLEBAUT**                              represented by    **RACHEL FENDELL SATINSKY**
LITTLER MENDELSON, P.C.
1601 Cherry Street
Suite 1400
PHILADELPHIA, PA 19102
267-402-3071
Fax: 267-402-3131
Email: rsatinsky@littler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Express Employment Professionals**             represented by    **K. CLARK WHITNEY**
OGLETREE DEAKINS NASH SMOAK & STEWART PC
1735 MARKET ST STE 3000
PHILADELPHIA, PA 19103
215-995-2800
Email: clark.whitney@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IMMON SHAFIEI**
OGLETREE DEAKINS NASH SMOAK & STEWART
1735 MARKET ST SUITE 3000

Appx. 214

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00117-CH

FORNIEL v. HAMATI-ATTIEH et al

Assigned to: DISTRICT JUDGE CATHERINE HENRY

Demand: $150,000

Cause: 42:1983 Civil Rights Act

Date Filed: 01/08/2025

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**YADIRA I. FORNIEL**

represented by **ROBERT E. GOLDMAN**
LAW OFFICE OF ROBERT E GOLDMAN LLC
535 HAMILTON STREET
SUITE 302
ALLENTOWN, PA 18101
610-841-3876
Fax: 215-933-6902
Email: reg@bobgoldmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TROOPER PETER G. HAMATI-ATTIEH**

represented by **MATTHEW R. SKOLNIK**
PA OFFICE OF ATTORNEY GENERAL
1600 ARCH ST SUITE 300
PHILADELPHIA, PA 19103-2016
215-560-2136
Email: mskolnik@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TROOPER MICHAEL LIMOLI**

represented by **MATTHEW R. SKOLNIK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FORMER COLONEL ROBERT EVANCHICK**

represented by **MATTHEW R. SKOLNIK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**COLONEL CHRISTOPHER PARIS**

represented by **MATTHEW R. SKOLNIK**
(See above for address)

Appx. 215

# United States District Court
# Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00132-CH

| | |
|---|---|
| MOSLEY v. TITANIUM METALS CORPORATION | Date Filed: 01/09/2025 |
| Assigned to: DISTRICT JUDGE CATHERINE HENRY | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**DOMINIC MOSLEY**      represented by    **MICHAEL PATRICK MURPHY , JR.**
MURPHY LAW GROUP LLC
EIGHT PENN CENTER SUITE 2000
1628 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103
215-375-0961
Email:
murphy@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

**Mary Kramer**
Murphy Law Group
Murphy Law Group
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
267-273-1054
Email:
mkramer@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TITANIUM METALS CORPORATION**      represented by    **CHRISTINA MAE MICHAEL**
*doing business as*
TIMET NORTH AMERICAN
CORPORATIONS
FISHER & PHILLIPS LLP
TWO LOGAN SQUARE 12TH FL
100 N 18TH ST
PHILADELPHIA, PA 19103
610-230-2158
Fax: 610-230-2151
Email: cmichael@fisherphillips.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Appx. 216

# United States District Court
# Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00150-JFL

MANLEY v. LANCASTER ARTS HOTEL LLC

Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR

Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 01/10/2025

Jury Demand: Plaintiff

Nature of Suit: 442 Civil Rights: Employment

Jurisdiction: Federal Question

**Plaintiff**

**NICOLE MANLEY**      represented by    **DERREK WILLIAM CUMMINGS**
WEISBERG CUMMINGS, P.C.
2704 COMMERCE DRIVE
SUITE B
HARRISBURG, PA 17110-9380
717-238-5707
Fax: 717-233-8133
Email:
dcummings@weisbergcummings.com
*ATTORNEY TO BE NOTICED*

**MICHAEL J. BRADLEY**
WELSBERG CUMMINGS, P.C.
2704 COMMERCE DRIVE, SUITE B
Suite B
HARRISBURG, PA 17110
717-238-5707
Fax: 717-233-8133
Email: mbradley@weisbergcummings.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LANCASTER ARTS HOTEL LLC**      represented by    **CHRISTOPHER J. GILLIGAN**
MARGOLIS EDELSTEIN
170 S INDEPENDENCE MALL WEST
CURTIS CENTER SUITE 400 E
PHILADELPHIA, PA 19106
215-931-5810
Email: cgilligan@margolisedelstein.com
*ATTORNEY TO BE NOTICED*

## There are proceedings for case 5:25-cv-00150-JFL but none satisfy the selection criteria.

Appx. 217

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-00213-CH

LAWRENCE v. URBAN OUTFITTERS, INC.
Assigned to: DISTRICT JUDGE CATHERINE HENRY
Demand: $75,000
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 01/13/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**CHRISTOPHER LAWRENCE**     represented by   **JAKE DAVID BECKER**
LAMB MCERLANE PC
24 EAST MARKET STREET
PO BOX 565
WEST CHESTER, PA 19381
610-701-3278
Email: jbecker@lambmcerlane.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**URBAN OUTFITTERS, INC.**     represented by   **THOMAS JOSEPH BARTON**
FAEGRE DRINKER BIDDLE & REATH
LLP
ONE LOGAN SQUARE SUITE 2000
18TH & CHERRY STREETS
PHILADELPHIA, PA 19103-6996
215-988-2834
Email: Thomas.Barton@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:25-cv-00213-CH but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 10:52:56 | | |
| **PACER Login:** | ████████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00213-CH Start date: 3/23/2025 End date: 3/23/2025 |

Appx. 218

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-00232-CH

BLOCKSON v. MORAVIAN UNIVERSITY                    Date Filed: 01/14/2025
Assigned to: DISTRICT JUDGE CATHERINE HENRY         Jury Demand: Plaintiff
Cause: 42:2000 Job Discrimination (Race)            Nature of Suit: 442 Civil Rights:
                                                    Employment
                                                    Jurisdiction: Federal Question

**Plaintiff**

**LAQUITA BLOCKSON**            represented by    **CHRISTOPHER A. MACEY , JR.**
                                                 BELL & BELL LLP
                                                 1617 JOHN F KENNEDY BLVD SUITE
                                                 1254
                                                 PHILADELPHIA, PA 19103
                                                 215-569-2500
                                                 Email:
                                                 christophermacey@bellandbelllaw.com
                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MORAVIAN UNIVERSITY**

# There are proceedings for case 5:25-cv-00232-CH but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 10:53:31 | | | |
| **PACER Login:** | ▮▮▮▮▮▮ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00232-CH Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 219

**United States District Court**
**Eastern District of Pennsylvania (Allentown)**
**CIVIL DOCKET FOR CASE #: 5:25-cv-00248-CH**

| | |
|---|---|
| MCCRAY v. FEDEX GROUND PACKAGE SYSTEM, INC. | Date Filed: 01/15/2025 |
| Assigned to: DISTRICT JUDGE CATHERINE HENRY | Jury Demand: Plaintiff |
| Cause: 42:1981 Civil Rights | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**DEAUNTEY MCCRAY**                represented by   **SAMUEL A. DION**
DION AND GOLDBERGER
1845 WALNUT ST., SUITE 1199
PHILADELPHIA, PA 19103
215-546-6033
Fax: 215-546-6269
Email: samueldion@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FEDEX GROUND PACKAGE SYSTEM, INC.**    represented by   **Nadia Lazo**
FedEx
1000 FedEx Dr.
Moon Township, PA 15108
412-834-0181
Email: nadia.lazo@fedex.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## There are proceedings for case 5:25-cv-00248-CH but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 10:54:09 | | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00248-CH Start date: 3/23/2025 End date: 3/23/2025 |

Appx. 220

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00314-JLS

P.P. et al v. BOYERTOWN AREA SCHOOL DISTRICT
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/18/2025
Jury Demand: None
Nature of Suit: 448 Civil Rights: Education
Jurisdiction: Federal Question

### Plaintiff

**P.P.**
*individually and on behalf of L.P.*

represented by **JUDITH A. GRAN**
Reisman Gran Zuba LLP
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
856-354-0061
Fax: 856-873-5640
Email: judith@rgz.law
*ATTORNEY TO BE NOTICED*

### Plaintiff

**J.P.**
*individually and on behalf of L.P.*

represented by **JUDITH A. GRAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**BOYERTOWN AREA SCHOOL
DISTRICT**

represented by **BETH N. SHORE**
Pennsylvania
980 Jolly Road, Suite 100
P.O. Box 3001
Blue Bell, PA 19422
610-397-2008
Fax: 610-397-0450
Email: bshore@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**SHANNON R. PIERCE**
FOX ROTHSCHILD LLP
10 SENTRY PARKWAY
SUITE 200
BLUE BELL, PA 19422
610-397-2236
Email: spierce@foxrothschild.com
*ATTORNEY TO BE NOTICED*

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-00319-CH

Ferlance v. TRUGREEN LIMITED PARTNERSHIP
Assigned to: DISTRICT JUDGE CATHERINE HENRY
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/20/2025
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**Terrence Ferlance**

represented by **AARON B. GORODETZER**
SBARBARO LAW OFFICES, LLC
705 GORDON DRIVE
EXTON, PA 19341
610-344-7300
Fax: 610-441-7523
Email: AARON@SBARBAROLAW.COM
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TRUGREEN LIMITED PARTNERSHIP**
*doing business as*
TruGreen

# There are proceedings for case 5:25-cv-00319-CH but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 10:55:14 | | | |
| **PACER Login:** | ▮▮▮▮ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00319-CH Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 222

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00348-JFL

PEREZ v. KENCO MANAGEMENT SERVICES, LLC

Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR

Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/21/2025

Jury Demand: None

Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment

Jurisdiction: Federal Question

**Plaintiff**

**MIRIAM PEREZ**                    represented by    **MICHAEL PATRICK MURPHY , JR.**
MURPHY LAW GROUP LLC
EIGHT PENN CENTER SUITE 2000
1628 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103
215-375-0961
Email:
murphy@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

**Andrew Jordan Schreiber**
Murphy Law Group, LLC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
267-273-1054
Fax: 215-525-0210
Email:
aschreiber@phillyemploymentlawyer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KENCO MANAGEMENT SERVICES, LLC**          represented by    **RENEE N. SMITH**
Jackson Lewis P.C.
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
267-319-7802
Email: Renee.Smith@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:25-cv-00348-JFL but none satisfy the selection criteria.

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-00352-CH

BRACERO v. AVIENT CORPORATION
Assigned to: DISTRICT JUDGE CATHERINE HENRY
Demand: $150,000
Cause: 28:451 Employment Discrimination

Date Filed: 01/21/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**ANGELA BRACERO**                          represented by  **DAVID M. KOLLER**
KOLLER LAW PC
2043 LOCUST ST STE 1B
PHILADELPHIA, PA 19103
215-545-8917
Fax: 215-575-0826
Email: davidk@phillyhometownlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AVIENT CORPORATION**

## There are proceedings for case 5:25-cv-00352-CH but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 10:56:01 | | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00352-CH Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 224

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:25-cv-00424-JMG

CANTA v. CHUCK'S AUTO SALVAGE, INC.                    Date Filed: 01/24/2025
Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER          Jury Demand: Plaintiff
Demand: $150,000                                       Nature of Suit: 442 Civil Rights:
Cause: 42:12101 The Americans with Disabilities Act of 1990    Employment
                                                       Jurisdiction: Federal Question

**Plaintiff**

**AMANDA CANTA**                    represented by    **SIDNEY L. GOLD**
                                                      The Gold Law Firm, P.C.
                                                      1835 Market Street
                                                      Suite 515
                                                      Philadelphia, PA 19103
                                                      215-569-1999
                                                      Fax: 215-569-3870
                                                      Email: sgold@discrimlaw.net
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **JAMIE L. FORD**
                                                      The Gold Law Firm, P.C.
                                                      1835 Market Street
                                                      Suite 515
                                                      Philadelphia, PA 19103
                                                      215-569-1999
                                                      Fax: 215-569-3870
                                                      Email: jford@discrimlaw.net
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHUCK'S AUTO SALVAGE, INC.**      represented by    **CHRISTOPHER L. SCOTT**
                                                      THOMAS, THOMAS & HAFER
                                                      225 GRANDVIEW AVENUE
                                                      5TH FLOOR
                                                      CAMP HILL, PA 17011
                                                      717-237-7111
                                                      Fax: 717-237-7105
                                                      Email: cscott@tthlaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

Appx. 225

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-00463-JMG

ROLON v. AMAZON.COM SERVICES LLC        Date Filed: 01/28/2025
Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER       Jury Demand: Plaintiff
Cause: 42:12101 The Americans with Disabilities Act of 1990    Nature of Suit: 445 Civil Rights: Americans
with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**MICHAEL ROLON**       represented by    **NATHANIEL N. PECKHAM**
Freundlich & Littman LLC
Suite 200
1425 Walnut Street
Suite 200
Philadelphia, PA 19102
215-545-8500
Email: nathaniel@fandllaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMAZON.COM SERVICES LLC**      represented by    **MALCOLM JAMES INGRAM**
Littler Mendelson P.C.
1601 Cherry St.
Suite 1400
Philadelphia, PA 19103
267-402-3000
Fax: 267-960-5492
Email: mjingram@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:25-cv-00463-JMG but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 10:57:37 | | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00463-JMG Start date: 3/23/2025 End date: |

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00499-CH

ORTA v. WHELAN SECURITY CO. et al

Assigned to: DISTRICT JUDGE CATHERINE HENRY

Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/29/2025

Jury Demand: Plaintiff

Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment

Jurisdiction: Federal Question

**Plaintiff**

**DAVID ORTA**

represented by **ALLISON AILEEN BARKER**
Karpf, Karpf, & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: abarker@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen M. Doyle**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Email: kdoyle@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WHELAN SECURITY CO.**
*doing business as*
GARDAWORLD SECURITY SERVICES

**Defendant**

Appx. 227

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00527-JMG

RAHN v. COUNTY OF LEHIGH
Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 01/30/2025
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**ADAM RAHN**

represented by **ALLISON AILEEN BARKER**
Karpf, Karpf, & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: abarker@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen M. Doyle**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Email: kdoyle@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**COUNTY OF LEHIGH**

Appx. 228

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00542-JLS

SIMONONIS v. SAUCON VALLEY SCHOOL DISTRICT et al
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Referred to: MAGISTRATE JUDGE CRAIG M. STRAW
(Settlement)
Case in other court: Court of Common Pleas of Northampton
County, C-48-CV-24-06692
Cause: 42:1983 Civil Rights Act

Date Filed: 01/31/2025
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**RICHARD SIMONONIS**

represented by **DAVID DERATZIAN**
HAHALIS & KOUNOUPIS, PC
20 EAST BROAD STREET
BETHLEHEM, PA 18018
610-865-2608
Fax: 610-691-8418
Email: david@employmentlaw-lv.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD EUGENE SANTEE**
SHAY SANTEE & KELHART
44 E. BROAD STREET
SUITE 210
BETHLEHEM, PA 18018
610-691-7000
Email: resantee@ssk-esq.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SAUCON VALLEY SCHOOL
DISTRICT**

represented by **NORMAN D. NAMEY**
BENNETT BRICKLIN SALTZBURG LLC
960 HARVEST DR, BLDG B
SUITE 100
BLUE BELL, PA 19422-1900
570-468-8186
Email: namey@bbs-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RONALD MULES**

represented by **MICHAEL P. SHAY**
SHAY, SANTEE & KELHART
44 EAST BROAD ST.
SUITE 210

Appx. 229

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-00556-JFL

DIEM v. COMMUNITY ACTION PARTNERSHIP OF
LANCASTER COUNTY
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 02/02/2025
Jury Demand: None
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**BRITTANY DIEM**

represented by **Alexis Rostucher**
Stark Law Group, LLC
1370 Harrisburg Pike
Lancaster, PA 17601
717-844-6350
Email: alexis@starklawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERIC J. STARK**
STARK LAW GROUP, LLC
1370 HARRISBURG PIKE
LANCASTER, PA 17601
717-844-6350
Fax: 717-803-8618
Email: eric@starklawllc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**COMMUNITY ACTION
PARTNERSHIP OF LANCASTER
COUNTY**

represented by **MICAH SAUL**
MCNEES WALLACE & NURICK LLC
570 LAUSCH LANE
SUITE 200
LANCASTER, PA 17601
717-581-3736
Email: msaul@mcneeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GREGORY R. ARCHIBALD**
McNees Wallace & Nurick LLC
570 Lausch Lane
Lancaster, PA 17601
717-581-2310
Email: garchibald@mcneeslaw.com
*ATTORNEY TO BE NOTICED*

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00564-JFL

BLOSSOM MEDSPA LLC v. BLUME MED SPA LLC et al
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR
Case in other court: Court of Common Pleas of Lancaster County,
     CI-25-00622
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 02/03/2025
Date Terminated: 02/12/2025
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**BLOSSOM MEDSPA LLC**

represented by **JOSHUA J. KNAPP**
BARLEY SNYDER LLC
126 EAST KING STREET
LANCASTER, PA 17602
717-399-1577
Email: jknapp@barley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JILL S. WELCH**
BARLEY SNYDER LLC
126 EAST KING ST.
LANCASTER, PA 17602-2893
717-299-5201
Email: jwelch@barley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BLUME MED SPA LLC**

represented by **Alexa Potts**
Appel, Yost & Zee LLP
33 N Duke Street
Lancaster, PA 17602
717-394-0521
Email: apotts@ayzlaw.com
*ATTORNEY TO BE NOTICED*

**STEPHEN MONIAK**
Appel, Yost & Zee LLP
33 N. Duke Street
Lancaster, PA 17602
717-390-7958
Fax: 717-299-9781
Email: smoniak@ayzlaw.com
*ATTORNEY TO BE NOTICED*

Appx. 231

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00565-JFL

GARCIA v. QUAKER MAID MEATS, INC.
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 02/03/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**
**RUBEN GARCIA**

represented by **ANDREW OLCESE**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: aolcese@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Martinez**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: smartinez@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**QUAKER MAID MEATS, INC.**

represented by **ASHLEY L. TARAGNA**
Freeman Mathis & Gary, LLP
1600 Market Street, Suite 1210
19103

Appx. 232

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00584-JLS

Klingaman v. J.&R. Schugel Trucking et al         Date Filed: 02/03/2025
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL         Jury Demand: Plaintiff
Cause: 42:1983 Civil Rights Act         Nature of Suit: 442 Civil Rights:
                                                  Employment
                                                  Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Pasha Klingaman**         represented by   **JOSEPH F. LEESON , III**
                                                  Leeson & Leeson
                                                  Pennsylvania
                                                  70 E. Broad Street
                                                  Bethlehem, PA 18017
                                                  610-691-3320
                                                  Email: jleeson@leeson-law.com
                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J.&R. Schugel Trucking**         represented by   **Cara Ann Fialkoff**
                                                  Gordon & Rees
                                                  18 Columbia Turnpike
                                                  Suite 220
                                                  Florham Park, NJ 07932
                                                  973-549-2500
                                                  Fax: 973-377-1911
                                                  Email: cfialkoff@grsm.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **DANIEL J. DIMURO**
                                                  GORDON & REES LLP
                                                  18 COLUMBIA TURNPIKE SUITE 220
                                                  FLORHAM PARK, NJ 07932
                                                  973-549-2518
                                                  Email: ddimuro@grsm.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**JIM DOE**

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:25-cv-00608-JLS

BOLAJI-ADIO v. PAYPAL, INC.                          Date Filed: 02/04/2025
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL       Jury Demand: Plaintiff
Cause: 42:2000e Job Discrimination (Employment)      Nature of Suit: 442 Civil Rights:
                                                     Employment
                                                     Jurisdiction: Federal Question

**Plaintiff**

**PETER BOLAJI-ADIO**              represented by    **EDWARD C. SWEENEY**
                                                     Wusinich, Sweeney & Ryan, LLC
                                                     102 Pickering Way
                                                     Suite 403
                                                     Suite 403
                                                     Exton, PA 19341
                                                     610-594-1600
                                                     Fax: 610-594-6518
                                                     Email: esweeney@wspalaw.com
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PAYPAL, INC.**                   represented by    **DANIEL L. BLANCHARD**
*doing business as*                                  JACKSON LEWIS P.C.
HAPPY RETURNS, LLC                                   1601 CHERRY STREET
                                                     SUITE 1350
                                                     PHILADELPHIA, PA 19102
                                                     267-319-7813
                                                     Fax: 215-399-2249
                                                     Email:
                                                     Daniel.Blanchard@Jacksonlewis.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Caralyn Marie Reese**
                                                     Jackson Lewis, P.C.
                                                     1601 Cherry Street
                                                     Suite 1350
                                                     Philadelphia, PA 19102
                                                     267-319-7814
                                                     Email: Caralyn.Reese@jacksonlewis.com
                                                     *ATTORNEY TO BE NOTICED*

Appx. 234

CLOSED,A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00741-JMG

| | |
|---|---|
| BONGE v. REGION, LLC et al | Date Filed: 02/12/2025 |
| Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER | Date Terminated: 03/12/2025 |
| Case in other court: Court of Commons Pleas Montgomery County, PA, 25-00224 | Jury Demand: None |
| | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| Cause: 28:1441 Notice of Removal - Employment Discrimination | Jurisdiction: Federal Question |

**Plaintiff**

**STEPHEN W. BONGE**                    represented by **CHRISTOPHER J. DELGAIZO**
                                        Derek Smith Law Group, PLLC
                                        1628 Pine Street
                                        Philadelphia, PA 19103
                                        610-844-1779
                                        Fax: 215-501-5911
                                        Email: cdelgaizo@hotmail.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NEWMARK SOUTHERN REGION,**           represented by **CHRISTIN KIM**
**LLC**                                 Fisher & Phillips LLP
                                        2 Logan Sq, 12th Floor
                                        Philadelphia, PA 19103
                                        610-230-2153
                                        Email: ckim@fisherphillips.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **DENIZ UZEL REILLY**
                                        Fisher & Phillips LLP
                                        Two Logan Square, 12th Floor
                                        100 N 18th Street
                                        PHILADELPHIA, PA 19103
                                        610-230-2150
                                        Fax: 610-230-2151
                                        Email: dreilly@fisherphillips.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**G&E ACQUISITION CO., LLC**           represented by **CHRISTIN KIM**
                                        (See above for address)
                                        *LEAD ATTORNEY*

Appx. 235

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-00754-CH

ALSTON v. UNITED PARCEL SERVICE, INC.
Assigned to: DISTRICT JUDGE CATHERINE HENRY
Cause: 42:1981 Job Discrimination (Race)

Date Filed: 02/12/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**ANNAMARIE ALSTON**                     represented by     **NATHANIEL N. PECKHAM**
Freundlich & Littman LLC
1425 Walnut Street
Suite 200
Philadelphia, PA 19102
215-545-8500
Email: nathaniel@fandllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED PARCEL SERVICE, INC.**

# There are proceedings for case 5:25-cv-00754-CH but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 11:03:26 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00754-CH Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00759-JLS

Singleton-Wall v. Acadia Healthcare     Date Filed: 02/12/2025
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL     Jury Demand: Plaintiff
Cause: 42:1981 Job Discrimination (Race)     Nature of Suit: 442 Civil Rights: Employment
    Jurisdiction: Federal Question

**Plaintiff**

**Letta Singleton-Wall**     represented by     **JOSEPH H. CHIVERS , III**
The Employment Rights Group, LLC
1575 McFarland Road
Suite 302
Pittsburgh, PA 15216
412-227-0763
Fax: 412-774-1994
Email:
jchivers@employmentrightsgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACADIA HEALTHCARE**     represented by     **MARK W. PETERS**
*doing business as*
TOWER BEHAVIORAL HEALTH
Holland and Knight
511 Union Street
Ste 2700
Nashville, TN 37219-8966
615-244-6380
Fax: 615-244-6804
Email: markwpeters@hklaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Arthur Caplan**
Holland & Knight LLP
1650 Market Street
Suite 3300
Philadelphia, PA 19103
615-850-8537
Email: matthew.caplan@hklaw.com
*ATTORNEY TO BE NOTICED*

## There are proceedings for case 5:25-cv-00759-JLS but none satisfy the selection criteria.

3/24/25, 11:06 AM   Case 2:22-cv-04997-JLS   Document 144 at al.   Page 107 of 123   Filed 04/17/2025121

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-00976-JFL

Paredes v. GEODIS LOGISTICS, LLC.                    Date Filed: 02/24/2025
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR       Jury Demand: Plaintiff
Cause: 42:12101 The Americans with Disabilities Act of 1990   Nature of Suit: 445 Civil Rights: Americans
                                                     with Disabilities - Employment
                                                     Jurisdiction: Federal Question

**Plaintiff**

**Eulalio Paredes**                    represented by   **WILLIAM P. MANSOUR**
                                                     Mansour Law, LLC
                                                     961 Marcon Boulevard
                                                     Suite 425
                                                     Allentown, PA 18109
                                                     610-321-3538
                                                     Fax: 610-798-1345
                                                     Email: wpm@themansourfirm.com
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GEODIS LOGISTICS, LLC.**

# There are proceedings for case 5:25-cv-00976-JFL but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 11:06:03 | | | |
| **PACER Login:** | ████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00976-JFL Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 238

3/24/25, 11:06 AM    Case 2:22-cv-04997-JDC  Document 14-4 ... United States District Court Eastern District of Pennsylvania ... Filed 04/17/2025 ... 121

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-01005-JFL

GARCIA-SANTIAGO v. VINART ENTERPRISES, INC.          Date Filed: 02/26/2025
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR      Jury Demand: Defendant
Case in other court:  Court of Common Pleas of Lehigh County,    Nature of Suit: 445 Civil Rights: Americans
                2025-C-00311                          with Disabilities - Employment
Cause: 28:451 Employment Discrimination              Jurisdiction: Federal Question

**Plaintiff**

**ADNIEL GARCIA-SANTIAGO**                represented by   **W. AUSTIN ALLEN , II**
                                                           LAW OFFICES OF W. AUSTIN ALLEN, II
                                                           755 YORK ROAD
                                                           SUITE 204
                                                           WARMINSTER, PA 18974
                                                           215-441-5100
                                                           Fax: 215-443-5870
                                                           Email: rustyallen2@verizon.net
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**VINART ENTERPRISES, INC.**              represented by   **LETICIA J. SANTIAGO**
                                                           WILLIAM FERREN
                                                           PO Box 2903
                                                           Hartford, CT 06104
                                                           United Sta
                                                           215-274-1724
                                                           Email: ljsantia@travelers.com
                                                           *ATTORNEY TO BE NOTICED*

# There are proceedings for case 5:25-cv-01005-JFL but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 11:06:29 | | |
| **PACER Login:** | ▓▓▓▓▓ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-01005-JFL Start date: 3/23/2025 End date: 3/23/2025 |

Appx. 239

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01064-CH

SCHULTZ v. KIDSPEACE CHILDREN'S HOSPITAL et al
Assigned to: DISTRICT JUDGE CATHERINE HENRY
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 02/28/2025
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**SIERRA SCHULTZ**                    represented by    **TIMOTHY S. SEILER**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: tseiler@karpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHARLES M. SCOTT**
Karpf, Karpf, & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: cscott@karpf-law.com
*ATTORNEY TO BE NOTICED*

**ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KIDSPEACE CHILDREN'S HOSPITAL**
*doing business as*
KIDSPEACE HOSPITAL

Appx. 240

# United States District Court
## Eastern District of Pennsylvania (Allentown)
### CIVIL DOCKET FOR CASE #: 5:25-cv-01071-JMG

PLOHOCKI v. LEHIGH UNIVERSITY                    Date Filed: 02/28/2025
Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER    Jury Demand: Plaintiff
Cause: 42:2000e Job Discrimination (Employment)  Nature of Suit: 442 Civil Rights:
                                                 Employment
                                                 Jurisdiction: Federal Question

**Plaintiff**

**BARBARA PLOHOCKI**          represented by    **TIFFANIE C. BENFER**
                                                HARDWICK BENFER, LLC
                                                179 NORTH BROAD ST
                                                DOYLESTOWN, PA 18901
                                                215-230-1912
                                                Fax: 215-230-1913
                                                Email: tbenfer@hardwickbenfer.com
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LEHIGH UNIVERSITY**

# There are proceedings for case 5:25-cv-01071-JMG but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2025 11:07:28 | | | |
| PACER Login: | ▬▬▬▬ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:25-cv-01071-JMG Start date: 3/23/2025 End date: 3/23/2025 |
| Billable Pages: | 1 | Cost: | 0.10 |

Appx. 241

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01107-JLS

KERY v. CITY OF BETHLEHEM
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Referred to: MAGISTRATE JUDGE CRAIG M. STRAW
(Settlement)
Case in other court: Court of Common Pleas of Northampton
                      County, C-48-CV-24-12534
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 03/03/2025
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans
with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**RYAN KERY**
                                     represented by **BRIAN FARRELL**
The Gold Law Firm, P.C.
1835 Market Street
Suite 515
Philadelphia, PA 19103
215-569-1999
Fax: 215-569-3870
Email: bfarrell@discrimlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CITY OF BETHLEHEM**
                               represented by **DAVID J. MACMAIN**
MacMain Leinhauser PC
433 W. Market Street
Suite 200
19382
West Chester, PA 19382
484-318-7106
Email: dmacmain@macmainlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAURIE ANN FIORE**
MacMain Leinhauser PC
433 W. Market Street
Suite 200
West Chester, PA 19382
484-328-3987
Fax: 484-328-3996
Email: lfiore@macmainlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Strosser**

Appx. 242

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01147-JLS

HAGARTY v. PEN ARGYL AREA SCHOOL DISTRICT et al
Assigned to: DISTRICT JUDGE JEFFREY L. SCHMEHL
Cause: 42:12101 The Americans with Disabilities Act of 1990

Date Filed: 03/04/2025
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**VIVIEN HAGARTY**

represented by **GEORGE S. KOUNOUPIS**
HAHALIS & KOUNOUPIS, PC
20 EAST BROAD ST
BETHLEHEM, PA 18018
610-865-2608
Fax: 610-691-8418
Email: hklaw@ptd.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PEN ARGYL AREA SCHOOL DISTRICT**

**Defendant**

**NOLAN GERENCSER**

**Defendant**

**GREG FREEMAN**

# There are proceedings for case 5:25-cv-01147-JLS but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 11:08:43 | | | |
| **PACER Login:** | ████████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-01147-JLS Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 243

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01216-JMG

PEREZ v. CARPENTER TECHNOLOGY CORPORATION
Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 03/06/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**VICTOR PEREZ**

represented by **DERREK WILLIAM CUMMINGS**
WEISBERG CUMMINGS, P.C.
2704 COMMERCE DRIVE
SUITE B
HARRISBURG, PA 17110-9380
717-238-5707
Fax: 717-233-8133
Email: dcummings@weisbergcummings.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CARPENTER TECHNOLOGY CORPORATION**

# There are proceedings for case 5:25-cv-01216-JMG but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 11:09:11 | | |
| **PACER Login:** | ██████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-01216-JMG Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01263-CH

| | |
|---|---|
| MONTICELLO v. KELLY IMPORTS, INC. et al | Date Filed: 03/10/2025 |
| Assigned to: DISTRICT JUDGE CATHERINE HENRY | Jury Demand: Plaintiff |
| Cause: 42:2000 Job Discrimination (Sexual Harassment) | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**CHRISTOPHER MONTICELLO**     represented by     **ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KELLY IMPORTS, INC.**
*doing business as*
KELLY CHRYSLER DODGE RAM
MITSUBISHI

**Defendant**

**KELLY BUICK, INC.**
*doing business as*
KELLY BUICK GMC

**Defendant**

**GHK COMPANY**
*doing business as*
KELLY AUTOMOTIVE GROUP

**Defendant**

**GREGORY KELLY**

**Defendant**

**CHRIS SARACENO**

# There are proceedings for case 5:25-cv-01263-CH but none satisfy the selection criteria.

Appx. 245

3/24/25, 11:10 AM  Case 2:22-cv-04997-JLS Document 14 at al Page: F15d 03/24/25 Filed 11/17/2025  Case 2:22-cv-04997-JLS Document 14 at al Page: United States District Court Eastern District Pennsylvania Page 121

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01299-JMG

SANTIAGO v. NFI INDUSTRIES, INC. et al
Assigned to: DISTRICT JUDGE JOHN M. GALLAGHER
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 03/11/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**MARIA DE LOS ANGELES LUNA SANTIAGO**

represented by **ARI RISSON KARPF**
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
215-639-0801
Fax: 215-639-4970
Email: akarpf@karpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NFI INDUSTRIES, INC.**

**Defendant**

**NATIONAL DISTRIBUTION CENTERS, LLC**

# There are proceedings for case 5:25-cv-01299-JMG but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 11:10:22 | | | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-01299-JMG Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01302-JFL

WHITE v. P.C. HAINES, INC.                          Date Filed: 03/11/2025
Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR    Jury Demand: Plaintiff
Cause: 42:12101 The Americans with Disabilities Act of 1990    Nature of Suit: 445 Civil Rights: Americans
                                                   with Disabilities - Employment
                                                   Jurisdiction: Federal Question

**Plaintiff**

**KENNETH LEE WHITE, JR**          represented by   **ARI RISSON KARPF**
                                                    Karpf, Karpf & Cerutti, P.C.
                                                    8 Interplex Drive
                                                    Suite 210
                                                    Feasterville-Trevose, PA 19053
                                                    215-639-0801
                                                    Fax: 215-639-4970
                                                    Email: akarpf@karpf-law.com
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**P.C. HAINES, INC.**

# There are proceedings for case 5:25-cv-01302-JFL but none satisfy the selection criteria.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/24/2025 11:10:52 | | |
| **PACER Login:** | ▉▉▉▉ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-01302-JFL Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 247

3/24/25, 11:11 AM    Case 2:22-cv-04997-JLS   Document 14-1   Page 1   United States District Court Eastern District of Pennsylvania   Filed 03/24/25   Page 117 of 123

A/R

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01406-JFL

| | |
|---|---|
| MASON v. THE U GROUP et al | Date Filed: 03/17/2025 |
| Assigned to: DISTRICT JUDGE JOSEPH F. LEESON, JR | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Employment Discrimination | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**JARRETT MASON**      represented by   **MARC A. WEINBERG**
SAFFREN AND WEINBERG
815 GREENWOOD AVE
SUITE 22
JENKINTOWN, PA 19046
215-576-0100
Email: mweinberg@saffwein.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE U GROUP**

**Defendant**

**ALTIERI CUSTOM CINTRACTING
AND CONSULTING**

# There are proceedings for case 5:25-cv-01406-JFL but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 11:11:44 | | | |
| **PACER Login:** | ▮▮▮▮▮ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-01406-JFL Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 248

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:25-cv-01411-CH

Greenfield v. Genesis Healthcare      Date Filed: 03/17/2025
Assigned to: DISTRICT JUDGE CATHERINE HENRY    Jury Demand: Plaintiff
Cause: 28:451 Employment Discrimination      Nature of Suit: 442 Civil Rights:
Employment
Jurisdiction: Federal Question

**Plaintiff**

**Quanisha Greenfield**      represented by   **GREGG L. ZEFF**
ZEFF LAW FIRM LLC
100 CENTURY PARKWAY SUITE 160
MT LAUREL, NJ 08054
856-778-9700
Fax: 856-778-9710
Email: gzeff@glzefflaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Genesis Healthcare**

# There are proceedings for case 5:25-cv-01411-CH but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/24/2025 11:12:05 | | | |
| **PACER Login:** | ▉ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-01411-CH Start date: 3/23/2025 End date: 3/23/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Appx. 249

# EXHIBIT
# 8

| Summary of Attorney Appearance Data in Civil Rights Cases Filed January 1, 202  – March 1 , 202  and Assigned to Allentown, Easton, or Reading | | | |
|---|---|---|---|
| **Plaintiffs' Attorneys' Office Location By Attorney Appearances** | | **Plaintiffs' Attorneys' Office Location By Case** | |
| Allentown Region[1] | 12 (22%) | Cases with at least one plaintiff's attorney from Allentown Region | 9 (24%) |
| Philadelphia Region[2] | 36 (67%) | All other cases with a represented plaintiff | 29 (76%) |
| Outside E.D. Pa. | 6 (11%) | | |
| TOTAL | 54 | TOTAL | 38 |

[1] Berks, Lancaster, Lehigh, and Northampton Counties

[2] Philadelphia, Bucks, Chester, Delaware, and Montgomery Counties

Appx. 251

Attorney Appearance Data – All Rights Cases Filed
January 1, 2025 – March 17, 2025 and Assigned to Allentown, Easton, or Reading

| Case Number | Title | Judge | Plaintiff's Counsel | Office Location | County | By Attorney Appearances* | | | Does Case Have Lawyer from Allentown Region | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Phila. | Allen. | Not EDPa | Yes | No |
| 5:25-cv-00064-ILS | Coaxum et al v. Northwestern Lehigh School District et al | JEFFREY L. SCHMEHL | JONATHAN P. RIBA | DOYLESTOWN, PA 18901 | Bucks | X | | | | X |
| 5:25-cv-00072-CH | MAST v. BARRY CALLEBAUT et al | CATHERINE HENRY | WILLIAM J. GOLDMAN, JR. | DOYLESTOWN, PA 18901 | Bucks | X | | | | X |
| 5:25-cv-00117-CH | FORNIEL v. HAMATI-ATTIEH et al | CATHERINE HENRY | MATTHEW MOBILIO | Allentown, PA 18103 | Lehigh | | X | | X | |
| 5:25-cv-00132-CH | MOSLEY v. TITANIUM METALS CORPORATION | CATHERINE HENRY | ROBERT E. GOLDMAN | ALLENTOWN, PA 18101 | Lehigh | | X | | X | |
| 5:25-cv-00150-JFL | MANLEY v. LANCASTER ARTS HOTEL LLC | JOSEPH F. LEESON, JR. | MICHAEL PATRICK MURPHY, JR.; Mary Kramer | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-00213-CH | LAWRENCE v. URBAN OUTFITTERS, INC. | CATHERINE HENRY | DEREK WILLIAM CUMMINGS; MICHAEL J. BRADLEY | HARRISBURG, PA 17110 | Dauphin | | | X | | X |
| 5:25-cv-00228-ILS | PINSLEY v. TRUMP et al | JEFFREY L. SCHMEHL | JAKE DAVID BECKER; MARK PINSLEY (Pro se) | WEST CHESTER, PA 19381 | Chester | X | | | | X |
| 5:25-cv-00232-CH | BLOCKSON v. MORAVIAN UNIVERSITY | CATHERINE HENRY | CHRISTOPHER A. MACEY, JR. | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-00248-CH | MCCRAY v. FEDEX GROUND PACKAGE SYSTEM, INC. | CATHERINE HENRY | SAMUEL A. DION | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-00314-ILS | P.P. et al v. BOYERTOWN AREA SCHOOL DISTRICT | JOSEPH F. LEESON, JR. | JUDITH A. GRAN | Cherry Hill, NJ 08002 | Camden, NJ | | | X | | X |
| 5:25-cv-00319-CH | Ferlaine v. TRUGREEN LIMITED PARTNERSHIP | CATHERINE HENRY | AARON B. GORODETZER | EXTON, PA 19341 | Chester | X | | | | X |
| 5:25-cv-00348-JFL | PEREZ v. KENCO MANAGEMENT SERVICES, LLC | JOSEPH F. LEESON, JR. | MICHAEL PATRICK MURPHY, JR.; Andrew Jordan Schreiber | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-00352-CH | BRACERO v. AVIENT CORPORATION | CATHERINE HENRY | DAVID M. KOLLER | PHILADELPHIA, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-00424-IMG | CANTA v. CHUCK'S AUTO SALVAGE, INC. | JOHN M. GALLAGHER | SIDNEY L. GOLD; JAMIE L. FORD | Philadelphia, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-00446-CH | AYALA v. SHI et al | CATHERINE HENRY | DOMINICANA AYALA (pro se) | | | | | | | X |
| 5:25-cv-00463-IMG | ROLON v. AMAZON.COM SERVICES LLC | JOHN M. GALLAGHER | NATHANIEL N. PECKHAM | Philadelphia, PA 19102 | Philadelphia | X | | | | X |
| 5:25-cv-00464-JFL | FRANCISCO v. HERTZOG et al | JOSEPH F. LEESON, JR. | JONATHAN FRANCISCO (pro se) | Philadelphia, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-00499-CH | ORTA v. WHELAN SECURITY CO. et al | CATHERINE HENRY | ALLISON AILEEN BARKER; Kristen M. Doyle; ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:25-cv-00527-IMG | RAHN v. COUNTY OF LEHIGH | JOHN M. GALLAGHER | ALLISON AILEEN BARKER; Kristen M. Doyle; ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |

**Attorney Appearance Data – Civil Rights Cases Filed**
January 1, 2025 – March 17, 2025 and Assigned to Allentown, Easton, or Reading

| Case Number | Title | Judge | Plaintiff's Counsel | Office Location | County | By Attorney Appearances* | | | Does Case Have Lawyer from Allentown Region | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Phila. | Allen. | Not EDPa | Yes | No |
| 5:25-cv-00542-JLS | SIMONONIS v. SAUCON VALLEY SCHOOL DISTRICT et al | JEFFREY L. SCHMEHL | DAVID DERATZIAN | BETHLEHEM, PA 18018 | Lehigh, Northampton | | x | | x | |
| 5:25-cv-00556-JFL | DIEM v. COMMUNITY ACTION PARTNERSHIP OF LANCASTER COUNTY | JOSEPH F. LEESON, JR. | RICHARD EUGENE SANTEE | BETHLEHEM, PA 18018 | Lehigh, Northampton | | x | | x | |
| 5:25-cv-00564-JFL | BLOSSOM MEDSPA LLC v. BLUME MED SPA LLC et al | JOSEPH F. LEESON, JR. | Alexis Rostucher<br>ERIC J. STARK | Lancaster, PA 17601<br>LANCASTER, PA 17601 | Lancaster | x | | | | x |
| 5:25-cv-00565-JFL | GARCIA v. QUAKER MAID MEATS, INC. | JOSEPH F. LEESON, JR. | JOSHUA J. KNAPP<br>JILL S. WELCH | LANCASTER, PA 17602 | Lancaster | x | | | | x |
| 5:25-cv-00566-JFL | BOLAJI-ADIO v. PAYPAL, INC. | JOSEPH F. LEESON, JR. | ANDREW OLCESE<br>Sarah Martinez<br>ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | x | | | | x |
| 5:25-cv-00584-JLS | CRAMMER v. ANIMAL RESCUE LEAGUE et al | JEFFREY L. SCHMEHL | GARY MICHAEL CRAMMER (pro se) | SHILLINGTON, PA 19607 | Berks | | x | | x | |
| 5:25-cv-00608-JLS | STEMMONS v. WALMART ET AL et al | JEFFREY L. SCHMEHL | ADAM STEMMONS (pro se) | | | | | | | x |
| 5:25-cv-00624-JLS | RODRIGUEZ v. MONTGOMERY ARC | JEFFREY L. SCHMEHL | KEILA RODRIGUEZ (pro se) | | | | | | | x |
| 5:25-cv-00683-CH | LLOYD v. WOLF KLINE PROPERTY MANAGEMENT INC. et al | CATHERINE HENRY | SUSAN LLOYD (pro se) | | | | | | | x |
| 5:25-cv-00715-CH | RIVERA v. TRUMP et al | CATHERINE HENRY | YVONNE RIVERA (pro se) | | | | | | | x |
| 5:25-cv-00741-JMG | BONGE v. REGION, LLC et al | JOHN M. GALLAGHER | CHRISTOPHER J. DELGAIZO | Philadelphia, PA 19103 | Philadelphia | x | | | | x |
| 5:25-cv-00754-CH | ALSTON v. UNITED PARCEL SERVICE, INC. | CATHERINE HENRY | NATHANIEL N. PECKHAM | Philadelphia, PA 19103 | Philadelphia | x | | | | x |
| 5:25-cv-00759-JLS | Klingaman v. J. R. Schugel Trucking et al | JEFFREY L. SCHMEHL | EDWARD C. SWEENEY | Exton, PA 19341 | Chester | x | | | | x |
| 5:25-cv-00833-JLS | Singleton-Wall v. Acadia Healthcare | JEFFREY L. SCHMEHL | JOSEPH H. CHIVERS, III | Pittsburgh, PA 15216 | Allegheny | | | x | | x |
| 5:25-cv-00836-JMG | MITCHELL et al v. KMEL et al | JOHN M. GALLAGHER | No Listed Counsel | N A | N A | | | | | x |
| 5:25-cv-00906-JMG | JONES-BROWN v. LANDIS HOMES NURSING REHABILITATION FACILITY | JOHN M. GALLAGHER | KRISTINE JONES-BROWN (pro se) | | | | | | | x |
| 5:25-cv-00957-JMG | VARGAS et al v. BERKS COUNTY CHILDREN AND YOUTH SERVICES et al | JOHN M. GALLAGHER | GERARDO ROSENDO VARGAS, JR. (pro se) | | | | | | | x |
| 5:25-cv-00976-JFL | Paredes v. GEODIS LOGISTICS, LLC. | JOSEPH F. LEESON, JR. | JACQUELINE RIOS | READING, PA 19601 | Berks | | x | | x | |
| 5:25-cv-01005-JFL | GARCIA-SANTIAGO v. VINART ENTERPRISES, INC. | JOSEPH F. LEESON, JR. | WILLIAM P. MANSOUR<br>W. AUSTIN ALLEN, II | Allentown, PA 18109<br>WARMINSTER, PA 18974 | Lehigh<br>Bucks | | x | | x | |
| 5:25-cv-01064-CH | SCHULTZ v. KIDSPEACE CHILDREN'S HOSPITAL et al | CATHERINE HENRY | TIMOTHY S. SEILER<br>CHARLES M. SCOTT<br>ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | x | | | | x |

**Civil Rights Cases Filed**
Attorney Appearance Data
January 1, 2025 – March 17, 2025 and Assigned to Allentown, Easton, or Reading

| Case Number | Title | Judge | Plaintiff's Counsel | Office Location | County | By Attorney Appearances* | | | Does Case Have Lawyer from Allentown Region | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Phila. | Allen. | Not EDPa | Yes | No |
| 5:25-cv-01071-IMG | PLOHOCKI v. LEHIGH UNIVERSITY | JOHN M. GALLAGHER | TIFFANIE C. BENFER | DOYLESTOWN, PA 18901 | Bucks | X | | | | X |
| 5:25-cv-01107-JLS | KERV v. CITY OF BETHLEHEM | JEFFREY L. SCHMEHL | BRIAN FARRELL | Philadelphia, PA 19103 | Philadelphia | X | | | | X |
| 5:25-cv-01110-JFL | SOUILLIARD v. HAWKEE | JOSEPH F. LEESON, JR. | RENEE M. SOUILLIARD (pro se) | | | | | | | |
| 5:25-cv-01127-IMG | KMEL v. MITCHELL | JOHN M. GALLAGHER | KMEL (pro se) | | | | | | | |
| 5:25-cv-01147-JLS | HAGARTY v. PEN ARGYL AREA SCHOOL | JEFFREY L. | GEORGE S. KOUNOUPIS | BETHLEHEM, PA 18018 | Lehigh Northampton | | X | | X | |
| 5:25-cv-01216-IMG | PEREZ v. CARPENTER TECHNOLOGY CORPORATION | JOHN M. GALLAGHER | DERREK WILLIAM CUMMINGS | HARRISBURG, PA 17110 | Dauphin | | | X | | X |
| 5:25-cv-01263-CH | MONTICELLO v. KELLY IMPORTS, INC. et al | CATHERINE HENRY | ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:25-cv-01299-JMG | SANTIAGO v. NFI INDUSTRIES, INC. et al | JOHN M. GALLAGHER | ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:25-cv-01302-JFL | WHITE v. P.C. HAINES, INC. | JOSEPH F. LEESON, JR. | ARI RISSON KARPF | Feasterville-Trevose, PA 19053 | Bucks | X | | | | X |
| 5:25-cv-01403-CH | REYNOLDS et al v. BRELIN et al | CATHERINE HENRY | No Counsel Listed | N A | N A | N A | | | | X |
| 5:25-cv-01406-JFL | MASON v. THE U GROUP et al | JOSEPH F. LEESON, JR. | MARC A. WEINBERG | JENKINTOWN, PA 19046 | Montgomery | X | | | | X |
| 5:25-cv-01411-CH | Greenfield v. Genesis Healthcare | CATHERINE HENRY | GREGG L. ZEFF | MT LAUREL, NJ 08054 | Burlington, NJ | N A | | | | X |
| | | | | | Total % | 67% | 22% | 11% | 24% | 76% |

* Phila. = Philadelphia, Bucks, Chester, Delaware, or Montgomery County
Allen. = Berks, Lancaster, Lehigh, or Northampton County
Not EDPa = locations outside the Eastern District of Pennsylvania