IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Case Nos. 22-1499, 25-2650, 25-2761

LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,

Appellees / Cross-Appellants

v.

LEHIGH COUNTY BOARD OF ELECTIONS,

Appellants / Cross-Appellees.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. Action No. 5:22-cv-397)
District Judge: Honorable Jeffrey L. Schmehl

APPELLEES / CROSS-APPELLANTS'
UNCONTESTED MOTION FOR EXTENSION OF TIME

1

Due to the upcoming holidays, counsels' family obligations, and other pressing litigation matters, Appellees/Cross-Appellants Linda Migliori, Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas (collectively, "Plaintiff Voters"), pursuant to Federal Rule of Appellate Procedure 27 and Local Appellate Rule 31.4, respectfully move for a 30-day extension of time, to January 12, 2026, to file their second step brief. Plaintiff Voters' brief is currently due December 12, 2025.

This is Plaintiff Voters' first request for extension of time. Appellant/Cross-Appellee Lehigh County Board of Elections does not oppose this request.

WHEREFORE, Plaintiff Voters respectfully request that the Court extend Plaintiff Voters' deadline for filing their second step brief until January 12, 2026.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 24, 2025 | s/ Richard T. Ting |

Richard T. Ting (PA 200438)
Witold J. Walczak (PA 62976)
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7736
vwalczak@aclupa.org
rting@aclupa.org

Stephen A. Loney, Jr. (PA 202535)
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
sloney@aclupa.org

Ari Savitzky
Adriel I. Cepeda Derieux
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
P: 212-284-7334
asavitzky@aclu.org
acepedaderieux@aclu.org
slakin@aclu.org

Counsel for Plaintiff Voters

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 113 words.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this brief is being filed electronically on the below date using the Court's CM/ECF system, which will electronically serve all counsel of record by generating and sending a Notice of Docket Activity.

Dated: November 24, 2025　　　　　　　s/ Richard T. Ting
　　　　　　　　　　　　　　　　　　Richard T. Ting
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Voters