UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 22-1499, 25-2650, & 25-2761

LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS,
KENNETH RINGER, SERGIO RIVAS

        Appellants in Nos. 22-1499 & 25-2761

ZACHARY COHEN (Intervenor in D.C.)

v.

LEHIGH COUNTY BOARD OF ELECTIONS

        Appellant in No. 25-2650

DAVID RITTER (Intervenor in D.C.)

(E.D. Pa. No. 5:22-cv-00397)

Present: SHWARTZ, MATEY and MCKEE, Circuit Judges

1. UNOPPOSED Motion filed by Francis J. Fox, Linda Migliori, Richard E. Richards, Kenneth Ringer and Sergio Rivas for 30 day Extension of Time to file Second Step Brief until January 12, 2026.

        Respectfully,
        Clerk/amr

_____ORDER_____

The foregoing motion is granted.

        By the Court,

        s/ *Paul B. Matey*
        Circuit Judge

Dated: December 1, 2025
Gch/cc: All Counsel of Record