IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Case Nos. 22-1499, 25-2650, 25-2761

LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,

Appellees / Cross-Appellants

v.

LEHIGH COUNTY BOARD OF ELECTIONS,

Appellants / Cross-Appellees.

Appeal from the United States District Court for the Eastern District of Pennsylvania (D.C. Civ. Action No. 5:22-cv-397)
District Judge: Honorable Jeffrey L. Schmehl

FOURTH-STEP BRIEF OF APPELLEES / CROSS-APPELLANTS

Richard T. Ting
Witold J. Walczak
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
412-681-7736
rting@aclupa.org
vwalczak@aclupa.org

Stephen A. Loney, Jr.
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
215-592-1513
sloney@aclupa.org

Adriel I. Cepeda Derieux
AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
202-457-0800
acepedaderieux@aclu.org

Ari Savitzky
Nina Nayiri McKay
Sophia Lin Lakin
AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
212-284-7334
asavitzky@aclu.org
slakin@aclu.org

*Counsel for Appellees-Cross Appellants*

# TABLE OF CONTENTS

ARGUMENT ................................................................................................................1

   I.   The Board Did Not Meaningfully Respond to Any Issues Raised by Plaintiff Voters in Their Cross-Appeal .........................................................1

# TABLE OF AUTHORITIES

**Cases**

*Montemuro v. Jim Thorpe Area Sch. Dist.*,
   99 F. 4th 639 (3d Cir. 2024) ........................................................................1, 2

# ARGUMENT

## I. The Board Did Not Meaningfully Respond to Any Issues Raised by Plaintiff Voters in Their Cross-Appeal

The Board's third-step brief is almost entirely a verbatim copy of arguments made in the Board's opening brief in support of the Board's appeal. The Board did not meaningfully respond to any of the issues raised by Plaintiff Voters in their cross-appeal. The Board, therefore, forfeited arguments regarding issues raised in Plaintiff Voters' cross-appeal. *See Montemuro v. Jim Thorpe Area Sch. Dist.*, 99 F. 4th 639, 646-47 (3d Cir. 2024) (explaining that an appellee forfeits arguments not made in response to an appeal, and waives arguments not made before the District Court).

For example, the Board provided no argument in response to Plaintiff Voters' arguments that (1) the Board's objections to Plaintiff Voters' requested reasonable fee were not sufficiently specific to allow the District Court to reduce the requested reasonable hours worked, (2) the District Court erred by reducing the requested reasonable hours worked based on factors not raised by the Board, and (3) the District Court abused its discretion in making many reductions based on flawed and arbitrary methodology. *See* Pls. 2d-Step Br. 32-48; Bd. 3d-Step Br. 8-13. Regarding Plaintiff Voters' argument that the District Court erred in defining the relevant market for hourly rates as Allentown, the Board did not address any of the evidence proffered by Plaintiff Voters to demonstrate that the relevant market

1

is the Eastern District of Pennsylvania. *See* Pls. 2d-Step Br. 48-54; Bd. 3d-Step Br. 13-14. Finally, the Board apparently does not dispute that the District Court erred by not providing Plaintiff Voters with an opportunity to submit evidence of hours worked litigating attorneys' fees, as the Board's only response to this argument is that Plaintiff Voters did not provide such evidence. *See* Pls. 2d-Step Br. 54-56; Bd. 3d-Step Br. 15.

Further, the Board did not object at the District Court to the Magistrate Judge's Report and Recommendation ("R&R"), *see* Appx. 074-75 (District Court Docket), and did not meaningfully respond to Plaintiff Voters' objections to the R&R, *see* Bd. Answer to Pls.' Objections to R&R, E.D. Pa. Dkt. 103 (responding to Plaintiff Voters' objections by denying them). The Board, therefore, also waived any arguments in defense of the District Court's flawed methodology in determining reasonable hours worked or reasonable rates. *See Montemuro*, 99 F. 4th at 646-47.

Because the District Court erred by reducing Plaintiff Voters' reasonable fee request when the Board failed to articulate objections with sufficient specificity, and because the Board on appeal merely repeats the same non-specific arguments made to the District Court, this Court should modify the District Court's judgment to award the full amount of fees requested by Plaintiff Voters, reverse the District Court's denial of Plaintiff Voters' request for a reasonable fee for litigating

2

attorneys' fees, and remand with instructions to allow Plaintiff Voters to submit documentation of hours worked litigating attorneys' fees.

Dated: March 2, 2026

                                      Respectfully submitted,

                                      *s/Richard T. Ting*
                                      Richard T. Ting (PA 200438)
                                      Witold J. Walczak (PA 62976)
                                      ACLU OF PENNSYLVANIA
                                      P.O. Box 23058
                                      Pittsburgh, PA 15222
                                      412-681-7736
                                      rting@aclupa.org
                                      vwalczak@aclupa.org

                                      Stephen A. Loney, Jr. (PA 202535)
                                      ACLU OF PENNSYLVANIA
                                      P.O. Box 60173
                                      Philadelphia, PA 19102
                                      215-592-1513
                                      sloney@aclupa.org

                                      Ari Savitzky (NY 5060181)
                                      Nina Nayiri McKay (NY 6293419)
                                      Sophia Lin Lakin (NY 5182076)
                                      AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                      125 Broad St., 18th Floor
                                      New York, NY 10004
                                      212-284-7334
                                      asavitzky@aclu.org
                                      slakin@aclu.org

Adriel I. Cepeda Derieux (DC 90026636)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
202-457-0800
acepedaderieux@aclu.org

*Counsel for Plaintiff Voters*

## COMBINED CERTIFICATIONS

At least one of the attorneys whose name appears on this brief is a member of the bar of this Court, or has filed an application for admission pursuant to L.A.R. 46.1.

This brief complies with the page limitation of Fed. R. App. P. 28.1(e)(1) because it is less than 15 pages. The type-volume limitation of Fed. R. App. P. 28.1(e)(2), therefore, does not apply.

I certify that a true and correct copy of this brief is being filed electronically on the below date using the Court's CM/ECF system, which will electronically serve all counsel of record by generating and sending a Notice of Docket Activity.

The text of this electronic brief is identical to the text in paper copies that will be filed with the Court.

Virus detection programs SentinelOne version 25.1.4.434 and Black Point SOC have been run on this electronic brief and no virus was detected.

Dated: March 2, 2026                 *s/Richard T. Ting*
                                     Richard T. Ting
                                     Counsel for Plaintiff Voters