# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1499, 25-2650, 25-2761
_____

Linda Migliori, et al. _____ vs. Lehigh County Board of Elections _____

Calendar Date n/a _____          Location n/a _____

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Richard T. Ting _____

Designation of Arguing Counsel: Richard T. Ting _____

Member of the Bar:        ☑ Yes          ☐ No

Representing (check only one):

☐ Petitioner(s)          ☐ Appellant(s)          ☐ Intervenor(s)

☐ Respondent(s)          ☑ Appellee(s) (in 25-2650)          ☐ Amicus Curiae

Please list the name of the lead party being represented:

Linda Migliori
_____

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)