OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 29, 2026

Noah Bokat-Lindell
O'Melveny & Myers
1625 Eye Street NW
Washington, DC 20006

Adam C. Bonin
121 S Broad Street
Suite 400
Philadelphia, PA 19107

Jacob B. Boyer
Office of Attorney General of Pennsylvania
1600 Arch Street
Suite 300
Philadelphia, PA 19103

Tovah R. Calderon
United States Department of Justice
Civil Rights Division, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044

Adriel I. Cepeda Derieux
American Civil Liberties Union
915 15th Street NW
6th Floor
Washington, DC 20005

Michael J. Fischer
Pennsylvania Office of General Counsel
30 N 3rd Street
Suite 200
Harrisburg, PA 17101

Sophia Lin Lakin

American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Stephen A. Loney Jr.
American Civil Liberties Union of Pennsylvania
Legal
P.O. Box 60173
Philadelphia, PA 19102

Joshua Mazin
RepkaMazin
3735 Nazareth Road
Suite 204
Easton, PA 18045

Nina N. McKay
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Lucas J. Repka
RepkaMazin
3735 Nazareth Road
Suite 204
Easton, PA 18045

Ari J. Savitzky
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Marian K. Schneider
1041 Derwydd Lane
Berwyn, PA 19312

Richard T. Ting
American Civil Liberties Union
P.O. Box 23058
Pittsburgh, PA 15222

Shohin H Vance
Saxton & Stump

100 Deerfield Lane
Suite 240
Malvern, PA 19103

Joshua J. Voss
Saxton & Stump
280 Granite Run Drive
Suite 300
Lancaster, PA 17601

Witold J. Walczak
American Civil Liberties Union
P.O. Box 23058
Pittsburgh, PA 15222

Zachary M. Wallen
Chalmers Adams Backer & Kaufman
301 S Hills Village Drive
Suite LL200-420
Pittsburgh, PA 15241

Edward M. Wenger
Holtzman Vogel Baran Torchinsky & Josefiak
2300 N Street NW
Suite 643
Washington, DC 20037

Samantha G. Zimmer
Kleinbard
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103

RE: Linda Migliori, et al v. Lehigh County Board of Elections
Case Number: 22-1499
District Court Case Number: 5:22-cv-00397

ENTRY OF JUDGMENT

Today, **October 29, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Alicia
Case Manager
267-299-4948