OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 20, 2026

Mr. George V. Wylesol
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Linda Migliori, et al v. Lehigh County Board of Elections
Case Number: 22-1499, 25-2761 & 25-2650
District Court Case Number: 5:22-cv-00397

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: November 20, 2026

amr/Cc: Noah Bokat-Lindell, Esq.
Adam C. Bonin, Esq.
Jacob B. Boyer, Esq.
Tovah R. Calderon, Esq.

Adriel I. Cepeda Derieux, Esq.
Michael J. Fischer, Esq.
Sophia Lin Lakin, Esq.
Stephen A. Loney Jr., Esq.
Joshua Mazin, Esq.
Nina N. McKay, Esq.
Lucas J. Repka, Esq.
Ari J. Savitzky, Esq.
Marian K. Schneider, Esq.
Richard T. Ting, Esq.
Shohin H Vance, Esq.
Joshua J. Voss, Esq.
Witold J. Walczak, Esq.
Zachary M. Wallen, Esq.
Edward M. Wenger, Esq.
Samantha G. Zimmer, Esq.